UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
DANYELL THOMAS, RASHAUN F. FRAZER,
ANDRAE WHALEY and ELENI MIGLIS,
individually and on behalf of all other employees
similarly situated

    Plaintiffs

               v.                      Civil Action No. 16-cv-8160

BED BATH AND BEYOND, INC.

    Defendant.
---------------------------------------------------------------------x

## DECLARATION OF DANNY SALAS

    I, DANNY SALAS, based on my personal knowledge of the facts stated herein, testify by Declaration as follows:

    1.    I am over the age of 18 and am otherwise competent to testify to the matters contained in this Declaration, and if so called, would testify to the facts below.

    2.    All of the statements in this Declaration are true and accurate to the best of my knowledge.

    3.    The facts set forth in this Declaration are based on my own personal knowledge and the stores in which I have experience.

    4.    I became employed by Bed Bath and Beyond Inc. ("BBB") in 2001 as a Department Manager. I was promoted through the ranks from Department Manager, to Assistant Store Manager ("ASM"), to Store Manager, to District Manager, to Senior Manager, and then to my current position of Regional Manager. I have been a Regional Manager for about a year and ten (10) months, and I am in charge of forty-five (45) stores across Ohio, Indiana, Wisconsin,

1

Minnesota and North Dakota. They range in volume from low to very high. Throughout the years, I have also worked at BBBs in Nebraska, Iowa and Missouri.

5. When I was an Assistant Store Manager, I worked in Store #771 in Omaha, Nebraska and was responsible for managing both Department Managers and hourly Associates.

6. In my previous role as an Assistant Store Manager, my responsibilities included directing the daily activities of Department Managers and hourly Associates; training and developing associates; interviewing and hiring employees; counseling, disciplining, issuing warnings, and assisting in terminating Associates when appropriate.

7. During my time at BBB, I have observed many variations in the management style of ASMs. For the most part, I have observed that the better managers use their employees more productively. While store size can be a factor that influences an ASM's management style, whether an ASM is a micromanager or delegator is mostly influenced by what kind of training the ASM has received from the Store Manager.

8. While many factors can affect an ASM's management style, ASMs in higher volume stores are more likely to delegate tasks to their employees by virtue of necessity. However, one important exception is that an unmotivated ASM in a higher volume store that employs many ASMs can more easily "hide behind" their more diligent counterparts than in a lower volume store where there are fewer ASMs to pick up his or her slack.

9. The Store Manager and staffing the store also influences how much time ASMs spend on interviewing and hiring. An ASM often conducts the first interview of a candidate. ASMs who recommend strong candidates tend to set themselves up with a store infrastructure that allows the ASMs to delegate effectively.

10. Furthermore, ASMs in charge of Operations (also referred to as "Operations Managers") have more people working for them. Depending on the volume of the store, an Operations Manager can have several Receiving Associates, over twenty (20) Cashiers, and a number of Front-End Leads, all reporting to that Operations Manager. An ASM in charge of Merchandising (also referred to as a "Merchandise Assistant Manager") would typically have fewer Associates reporting to him or her within the same store.

11. Whether, and how often, an ASM serves as the Manager on Duty ("MOD"), also known as the Leader on Duty ("LOD"), also affects an ASM's responsibilities. Serving as the MOD means that the person designated as MOD is the decision maker for the store, managing service levels, safety, applicant flow and other areas.

12. BBB instills in each ASM a consciousness of global corporate responsibility that encourages ASMs to think proactively and requires ASMs to manage and supervise effectively. Sometimes, however, the Store Manager may affect the nature of the work performed by an ASM. For example, if an ASM is not performing the duties required of an ASM because they are lazy or otherwise, the degree to which they are held accountable varies depending on the Store Manager.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of April 2017.

By: _____
Danny Salas
Regional Manager
Bed Bath and Beyond Inc.