# **EXHIBIT 1**

REDACTED called stating that she can not work next weekend 3/14/12 and 3/15/12. REDACTED explained to her that if she needs time off she needs to request it. She can not just call and say she in not coming to work. REDACTED said well im not coming. We told her she has to cover her shift. This is the Second time REDACTED has changed her own schedule mid week with out a request to be approved.

Eleni


Today 3/20/12 I spoke to <span style="color:red">REDACTED</span> about his lateness. I explained the importance of coming to work on time for your scheduled shift, As it affects coverage and customer service. He said if it is not sundown on Saturdays then he can not leave his house. Only one of his lateness's was on a Saturday. The other 3 were Tuesday, Thursday, and Friday.

*Jen.*

**Today 3/21/12 I spoke to** REDACTED **about her attendance. I explained the importance of coming to work on time for your scheduled shift; it affects coverage and customer service. On 3/9 late 7 min, 3/12 called out, 3/14 called out, 3/16 called out, 3/17 called out 3/21 called out.**

*Eleni*

Today 3/23/12 I spoke to REDACTED about his lateness's. I explained the importance of coming to work on time for your scheduled shift, As it affects coverage and customer service. He called out, was late 3/15 15 min, 3/22 late 8 min, 3/23 late 23 min, 3/28 called out, 3/31 called out, 4/1 called out.

*Eleni*

Today 3/31/12 I spoke to REDACTED about his attendance. I explained the importance of coming to work on time for your scheduled shift; it affects coverage and customer service. He was late on 3/10 7 min, 3/24 late 8 min, 3/31 late 9 min.

*Eleni*

Today 4/05/12 I spoke to REDACTED about his lateness's. I explained the importance of coming to work on time for your scheduled shift, As it affects coverage and customer service. He was late 3/17 60 min, 3/24 late 8 min, 3/30 late 7 min, 3/31 late 12 min.

*Jeni*

Today 4/05/12 I spoke to REDACTED about her lateness's. I explained the importance of coming to work on time for your scheduled shift, As it affects coverage and customer service. She was late on 3/10 13 min, 3/23 late 12 min, 3/30 late 13 min, 3/31 late 13 min.

*Eleni*

4/12/12

Today I had a conversation with REDACTED regarding her Suggestive sell item not being offered consistantly. Liana needs to offer it 100% of the time. I Let REDACTED that any other violations will result in Disciplenery action

Eleni M.glis
EM.g
105 manhasset

5/29/12

Today I had a conversation with REDACTED Regarding his Suggestive selling. He does not consistently offer the suggestive sell Item to Every customer. The company Expectation is that All associates offer it 100% of the Time. I Let REDACTED know that any Further violation will Result in Disciplinary action.

Eleni Miglis
EMgl
Store 105

5/31/12

Today I had a conversation with REDACTED REDACTED regarding her ~~sugg~~ not offering the Suggestive sell Item. I Explained the company Expectation is that they offer it 100% of the time. I Let REDACTED Know that any further violation will ~~lead~~ result in in Disciplinary action.

Cl. Mgr
Eleni. Mgl. S
105 manhasset.

5/31/12

Today I had a conversation with REDACTED REDACTED Regarding her not suggestive selling The grill daddy to Every customer. The company Expectation is that they offer it 100% off the time I Let REDACTED know that any further violation. will result in Disciplinary action.

& Mgls.
Eleni Mgls
105 manhasset

**Title:** REDACTED

**Category:**

---

REDACTED                                          REDACTED

On 06/04/12 I spoke to      about his inapropriate behavior while on the job.      was observed cuddling another associate in the middle of the sales floor while on the time clock. He was advised not to do this again and to maintain a professional behavior at all times. ASM Eleni Miglis was present during the conversation.

*Eleni     Jesus*

On 7/12/12 <sup>REDACTED</sup> took back a return for a Delphi Mile Vacuum. The Vacuum had writing on the side that says donation. The item was clearly from a donation made from a bed bath and beyond. The customer was wearing a hat and glasses at 9:15pm With all the suspicious behavior no Mod was involved in a $500 return.

*Eleni*

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: REDACTED          Date: 12/17/12

Date of hire: 9/12/11     SS#: REDACTED (last four digits only)     Store #: ___

Circle one:          Termination          **(Warning)**

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)      4. ( ) Failure to follow directions
2. (✗) Tardiness                                              5. ( ) Violation of company rules
3. ( ) Improper conduct                                        6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s) REDACTED _was recently spoken to re Tardiness, since then she has been late an additional 5 times. 12/4 - 7min, 12/10 - 5min, 12/11 - 4min, 12/15 - 5min, 12/17 - 5min_

C. Describe the Company's expectations of associate: REDACTED _is expected to follow her written schedule & arrive to work on time. If late, he/she is expected to call & notify the mgr, which has not been done/followed._

D. Next disciplinary step: _Any violation of company policy, or any tardiness similar to the nature of this incident is detrimental to the orderly conduct of business of the company, will result in his being terminated, including immediate termination of employment._

_[signature]_ 12/17     _[signature]_ 12/17/12     REDACTED
Manager's Name    Date      Manager's Name    Date      Associate's Signature    Date
_[signature]_ 12/17/12     _[signature]_ 12/17/12                (This signature indicates that
Manager's Signature  Date  Manager's Signature  Date     associate is aware of this notice.)

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: REDACTED                          Date: 3/11/13

Date of hire: 11/3/12        SS# REDACTED           Store #: 105
                             (last four digits only)

Circle one:        Termination           (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)   4. ( ) Failure to follow directions
2. ( ) Tardiness                                            5. (X) Violation of company rules
3. ( ) Improper conduct                                     6. (X) Other Violation of policy/procedure

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On 1/3/13 REDACTED, RMs were brought to the RR department for processing "Chi Home". There was you city & "Sts chair" himself she operated. Both RMs were extremely [illegible] (brickell) & both RMs were signed by [illegible]. However, only 1 piece of each sku was applied for each of the three RMs NRF, respectively. The RMs left the building & have been [illegible] by florence in [illegible]. While analyzing the 2013 inventory variance report, it was determined that the [illegible] of it spot was missing from a recent inventory. One of the breakdown [illegible] were present including [illegible] at the [illegible] [illegible] sheet.

C. Describe the Company's expectations of associate: REDACTED is expected to follow all polices & procedures of the RR Department [illegible] of all RMS policies [illegible] as well. REDACTED needs to verify, visually with their own eyes, of the RM ANY being processed or approved out of the building's [illegible] at all times. Failure to do this will place Kohl's job in jeopardy.

D. Next disciplinary step: Any violation of company policy, or any other action, where in the opinion of management is in disconnection with the intent of integrity of the business will result in disciplinary action up to & including immediate termination of employment.

_____  _____    _____  _____    REDACTED      03/11/13
Manager's Name   Date     Manager's Name   Date     Associate's Signature Date
                                                    (This signature indicates that
_____  _____    _____  _____    associate is aware of this notice.)
Manager's Signature Date  Manager's Signature Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: REDACTED                          Date: 3/11/13

Date of hire: 9/12/11          SS#: REDACTED          Store #: 105
                               (last four digits only)

Circle one:        Termination                (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)   4. ( ) Failure to follow directions
2. ( ) Tardiness                                           5. ( ) Violation of company rules
3. ( ) Improper conduct                                    6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) REDACTED was spoken to on Dec 17, 2012 regarding his excessive tardiness REDACTED was able to improve on his attendance however his lateness have started to happen. REDACTED was late on the following dates: 2/8-7, 2/11-8, 2/21-24, 3/1-5, 3/5 56min 3/8 -26mr + 3/9 - 7minutes

C. Describe the Company's expectations of associate: REDACTED is expected to follow his work schedule & arrive to work on time. He is expected to call factory the prior to when the arrives to work or this personal belongings away then punch in. REDACTED placing his job in jeopardy if the above violations continue.

D. Next disciplinary step: Any violation of company policy, or any other action, which in the course of management is detrimental to the orderly conduct of integrity of the business, will result in disciplinary action, up to + including immediate termination of employment.

Manager's Name _Brunch Sr w_  Date 3/11/13     Manager's Name _El Mg_ Date 3/13/13     REDACTED   3/11/13
                                                                                       Associate's Signature   Date
                                                                                       (This signature indicates that
Manager's Signature ___  Date 3/9/13          Manager's Signature _El Mg_ Date 3/13/13  associate is aware of this notice.)

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11