# **<u>EXHIBIT 2</u>**

**BED BATH &**
**BEYOND**
Beyond any store of its kind!

REDACTED

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: _____ Store #: _/0A_ Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____ OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _5/10_

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

**CUSTOMER SERVICE SKILLS**

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | (V) | G | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | (V) | G | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | G | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | G | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | V | (G) | N | U |
| * Works to expand product knowledge throughout total store. | E | V | (G) | N | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

**TEAM SKILLS**

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | (V) | G | N | U |
| * Maintains a positive outlook toward job. | E | (V) | G | N | U |
| * Communicates effectively with Management and other associates. | E | (V) | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | (V) | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | (V) | G | N | U |

**OPERATIONS & PROCEDURES**

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Handles all sales and return transactions with accuracy and efficiency. | E | (V) | G | N | U |
| * Maintains a neat and organized register area. | E | (V) | G | N | U |
| * Adheres to shortage reduction procedures; follows special operating procedures in the department. | E | (V) | G | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | (V) | G | N | U |

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

**FRONT END ASSOCIATE REVIEW (Page 2 of 2)**

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable ___✓___   Not Acceptable _____

## 2. GOALS AND OBJECTIVES

### Objectives Accomplished

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- WAS A LEADER ON THE SHIFTS SHE WORKED FOR ___
- CONTINUES TO HAVE GREAT ATTENDANCE AND PROMP ___
- CONTINUES TO KEEP A CLEAN ___ WORK SPACE.

### Unaccomplished Objectives

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- LEARNING THE SERVICE DESK
- LEARNING TO DO ___ ___ IES
- LEARNING TO USE JDA AND TO DO ___ MORE

### Goals and Objectives for next Review Period:

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

I WOULD LIKE REDACTED FOCUS ON LEARNING THE SERVICE DESK AND TAKING BEYOND STONES AND ___ AS WELL THIS WILL ___ BY MAKING SURE ALL PRINCIPALS OF CASHIER ARE EXECUTED

### Strengths and Weaknesses:

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

- REDACTED IS EXCELLENT WITH ___ AND DOES A GREAT JOB WITH SUGGESTIVE SELLING I ___ ___ TO GET OTHER CASHIERS TO FOLLOW ___ ___ ___ THE PASSION OF SELLING.

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E  V  G  N  U

3 °/o

Date of Review: _____   REDACTED

Reviewed associate's signature after review conference:

_____  -4/28/12
Signature                              Date

Reviewer's signature after review conference:

_El Agl_____  4/28/12
Signature                              Date

_Elea M glis_____
Reviewer's Printed Name

**BED BATH & BEYOND**
Beyond any store of its kind.

REDACTED

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: _____   Store #: 105   Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____   OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name Elea miglu_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____

## KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

### CUSTOMER SERVICE SKILLS

| | | | | | |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | V | G | N | U |
| * Works to expand product knowledge throughout total store. | E | V | G | N | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

### TEAM SKILLS

| | | | | | |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | G | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | G | (N) | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

### OPERATIONS & PROCEDURES

| | | | | | |
|---|---|---|---|---|---|
| * Handles all sales and return transactions with accuracy and efficiency. | E | V | (G) | N | U |
| * Maintains a neat and organized register area. | E | V | (G) | N | U |
| * Adheres to shortage reduction procedures; follows special operating procedures in the department. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |

FRONT END ASSOCIATE REVIEW (Page 2 of 2)

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable_____ Not Acceptable_____

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

None

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

None

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period.  (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- Consistently suggestive sell selected item
- Be more consistant with time & Attendance

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is a hard worker he is passionate about his job. He has to watch his Delivery when speaking to other people because He sometimes comes across Rude.

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E   V  (G) N   U

Date of Review: 7/22/12

REDACTED

Reviewed associate's signature after review conference:

Signature _____ 7/22  Date

Reviewer's signature after review conference:

Signature _____ 7/22/12  Date

Chan Chan

Reviewer's Printed Name

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

**BED BATH & BEYOND**
*Beyond any store of its kind!*

### RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 1 of 2)

REDACTED

Name: _____ Store #: _____ Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER ( _____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

**THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:**

Printed Name *Elena Miglis*    Signature *El Mgl*    Position *ops*
Printed Name _____    Signature _____    Position _____
Printed Name _____    Signature _____    Position _____
Printed Name _____    Signature _____    Position _____
Printed Name _____    Signature _____    Position _____
Printed Name _____    Signature _____    Position _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

## CUSTOMER SERVICE SKILLS

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | (N) | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | G | (N) | U |
| * Non-selling work is completed with no disruption to customer service. | E | (V) | G | N | U |

## TEAM SKILLS

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | (V) | G | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | G | N | U |
| * Maintains a positive outlook toward job. | E | V | G | N | U |
| * Communicates effectively with Management and other associates. | E | V | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | G | N | U |
| * Is a team player. | E | V | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | G | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor/stockroom standards and recovery of the department. | E | V | G | N | U |
| * Maintains a clean, orderly and safe work area. | E | V | G | N | U |
| * Adheres to shortage reduction and compliance procedures; follows special operating procedures of the department. | E | V | G | N | U |
| * Understands and utilizes JDA to resolve selling floor/stock inquiries. | E | V | G | N | U |
| * Completes pull lists quickly and accurately. | E | V | G | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | G | N | U |
| * Communicates problems/progress of daily assignments to supervisor. | E | V | G | N | U |

J: prrmoh.wd; (rev. 2000; rev. 8/04; rev. 1/07; rev. 3/07; rev.6/10)

RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**          Acceptable_____✓_____   Not Acceptable_____

**2. GOALS AND OBJECTIVES**
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected
from goals established at previous review or during the period.

N /A

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected
results as defined in previous review or during the period.

N /A

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period.  (For
each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for
accomplishments.)
REDACTED  _has do _get into pace __ _ _ _ _ _ _
_ _ accomplish _ _ _ _ _ _ schedule_

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not
addressed elsewhere in this review.
REDACTED  is very hard working _ _ He never says no to
any task assigned _ _ _ _ _ bug  He is always
happy _ eager _ help

**3. OVERALL RATING FOR PERIOD**                     Circle one rating
                                                      E  V  G  N  U

Date of Review: ____8/27/12_____

REDACTED

Reviewed associate's signature after review conference:
                                          Signature _____  8/27/12
                                                                            Date

Reviewer's signature after review conference:
                                          Elen Mgl_____  8/27/12
                                          Signature                 Date

                                          Elen Mgl_____  8/27/12
                                          Reviewer's Printed Name     Date

J: prrmoh.wd; (rev. 2000; rev. 8/04; rev. 1/07; rev. 3/07; rev.6/10)

**BED BATH &**
**BEYOND.**
Beyond any store of its kind.

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: REDACTED _____   Store #: _/⎽⎽5_   Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____   OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

**THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:**

| Printed Name | Signature | Postion |
|---|---|---|
| Printed Name | Signature | Postion |
| Printed Name | Signature | Postion |
| Printed Name | Signature | Postion |
| Printed Name | Signature | Postion |
| Printed Name | Signature | Postion |

**KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | (V) | (G) | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | V | (G) | N | U |
| * Works to expand product knowledge throughout total store. | E | V | (G) | N | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | (V) | G | N | U |
| * Maintains a positive outlook toward job. | E | (V) | G | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | (V) | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## OPERATIONS & PROCEDURES

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Handles all sales and return transactions with accuracy and efficiency. | E | (V) | G | N | U |
| * Maintains a neat and organized register area. | E | (V) | G | N | U |
| * Adheres to shortage reduction procedures; follows special operating procedures in the department. | E | (V) | G | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | G | (N) | U |
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |

J: prsh.wd; {rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10}

**FRONT END ASSOCIATE REVIEW (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**     Acceptable _____     Not Acceptable _____

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

_Took her cashier course + cashier certification_

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

_Has not fully learned DSA has to spend more time at Service_

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period.  (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

_Take more time to learn the improve product knowledge_
_Challenge DSA and be the best she can be and has to use it._

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED _is a good asset to the company, a pleasure to work with, has a great attendance record. Very good other suggestive selling skills_

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E   V (G) N   U

Date of Review: _____ 8/31/12 _____

Reviewed associate's signature after review conference:

REDACTED

Signature _____   08/31/12
                                        Date

Reviewer's signature after review conference:

Signature _____   8/31/12
                                        Date

_Ebi Aghi_ )
Reviewer's Printed Name

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

## BED BATH & BEYOND
*Beyond any store of its kind!*

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: REDACTED _____  Store #: 105  Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name Elen migliis  Signature _____  Postion _____
Printed Name_____  Signature_____  Postion_____
Printed Name_____  Signature_____  Postion_____
Printed Name_____  Signature_____  Postion_____
Printed Name_____  Signature_____  Postion_____
Printed Name_____  Signature_____  Postion_____

| KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable |
|---|

(Draw a line through any skill which isn't applicable.)    **E   V   G   N   U**

### CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus.   E   V   (G)   N   U
* Ensures a prompt, friendly approach to all customers.   E   V   G   (N)   U   *customer complaints*
* Escorts customers seeking location(s) of specific merchandise.   E   V   (G)   N   U
* Is alert to customer needs and offers a cart whenever appropriate.   E   V   (G)   N   U
* Determines customer needs and works to add-on/upgrade sell.   E   V   (G)   N   U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary.   E   V   (G)   N   U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests.   E   V   (G)   N   U
* Works to expand product knowledge within home department.   E   V   (G)   N   U
* Works to expand product knowledge throughout total store.   E   V   (G)   N   U
* Answers phone promptly and uses proper phone etiquette.   E   V   (G)   N   U

### TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner.   E   V   (G)   N   U
* Accepts constructive criticism and acts upon it.   E   V   (G)   N   U
* Maintains a positive outlook toward job.   E   V   (G)   N   U
* Communicates effectively with Management and other associates.   E   V   (G)   N   U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate.   E   V   (G)   N   U
* Is a team player.   E   V   (G)   N   U
* Exhibits professional manner, dress and appearance at all times.   E   (V)   G   N   U

### OPERATIONS & PROCEDURES

* Handles all sales and return transactions with accuracy and efficiency.   E   (V)   G   N   U
* Maintains a neat and organized register area.   E   (V)   G   N   U
* Adheres to shortage reduction procedures; follows special operating procedures in the department.   E   (V)   G   N   U
* Understands and utilizes JDA to resolve selling floor inquiries.   E   (V)   G   N   U
* Works to maintain selling floor standards and recovery of the department.   E   (V)   G   N   U
* Safely handles equipment and maintains a safety awareness.   E   (V)   G   N   U

FRONT END ASSOCIATE REVIEW (Page 2 of 2)

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable ____✓____   Not Acceptable _____

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- Successfully transferred to Front End
- Increased beyond stores g from the previous year

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

REDACTED has to maintain a higher standard of customer service

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- must Focus on the suggestive sell item
- Get more sincerely classes so she can be more well Rounded
- Be more customer friendly.

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is a good associate, comes in on time + Always does what is Asked of her, REDACTED has to be a little more customer Friendly She has had 9 customer complaints in the Last 5 months.

## 3. OVERALL RATING FOR PERIOD

**Circle one rating**

E  V  G  N  U

Date of Review: _____

Reviewed associate's signature after review conference:

REDACTED

Signature _____   Date

Reviewer's signature after review conference:

*E.M.J.*

Signature _____   Date 9/23/12

*Elen. McJ*

Reviewer's Printed Name

**BED BATH &**
**BEYOND**
*Beyond any store of its kind.*

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: REDACTED                    _ Store #: 105      Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____      OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name Eleni Migis_____ Signature El Mg._____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____

| KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable |
|---|

**(Draw a line through any skill which isn't applicable.)**                         E     V     G     N     U

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | G | (N) | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | G | (N) | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | G | (N) | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | V | (G) | N | U |
| * Works to expand product knowledge throughout total store. | E | V | (G) | N | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | G | (N) | U |
| * Maintains a positive outlook toward job. | E | V | G | (N) | U |
| * Communicates effectively with Management and other associates. | E | V | G | (N) | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | G | (N) | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## OPERATIONS & PROCEDURES

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Handles all sales and return transactions with accuracy and efficiency. | E | V | (G) | N | U |
| * Maintains a neat and organized register area. | E | V | (G) | N | U |
| * Adheres to shortage reduction procedures; follows special operating procedures in the department. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

**FRONT END ASSOCIATE REVIEW (Page 2 of 2)**

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable _____  Not Acceptable __✓___

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED has become more seasored as my JDA Sarah has also taken more classes to help w/ product knowledge

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- Suggestive sell T-item still not a priority
- needs to be product trained

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- REDACTED needs to work her set schedule she has been absent from work on multiple occasion this review period & continues to have issues coming to work as scheduled
- REDACTED needs to have a more positive attitude towards her job
- Suggestive Sell

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is a hard worker & completes her daily duties on time but she needs to comply with time and attendance guidelines set by the company to better help our customers

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E   V (G) N   U

Date of Review: _____10/18/12_____

Reviewed associate's signature after review conference:

REDACTED

_____  _____
Signature                          Date

Reviewer's signature after review conference:

_____d.M.G_____  _10/18/12_
Signature                          Date

_____Elen. M.Gis_____
Reviewer's Printed Name

**BED BATH &**
**BEYOND**
Beyond any store of its kind!

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: REDACTED _____ Store #: _105__ Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____   OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name _Eloni M.S.S_____ Signature _M.Mgr___ Postion _Store Opr_
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____

| KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable |
|---|

(Draw a line through any skill which isn't applicable.)                         **E   V   G   N   U**

## CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus.          E   V  (G)  N   U
* Ensures a prompt, friendly approach to all customers.          E   V  (G)  N   U
* Escorts customers seeking location(s) of specific merchandise.          E   V  (G)  N   U
* Is alert to customer needs and offers a cart whenever appropriate.          E   V  (G)  N   U
* Determines customer needs and works to add-on/upgrade sell.          E   V  (G)  N   U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary.          E   V  (G)  N   U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests.          E   V  (G)  N   U
* Works to expand product knowledge within home department.          E   V  (G)  N   U
* Works to expand product knowledge throughout total store.          E   V  (G)  N   U
* Answers phone promptly and uses proper phone etiquette.          E   V  (G)  N   U

## TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner.          E   V  (G)  N   U
* Accepts constructive criticism and acts upon it.          E   V  (G)  N   U
* Maintains a positive outlook toward job.          E   V  (G)  N   U
* Communicates effectively with Management and other associates.          E   V  (G)  N   U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate.          E   V  (G)  N   U
* Is a team player.          E   V  (G)  N   U
* Exhibits professional manner, dress and appearance at all times.          E   V  (G)  N   U

## OPERATIONS & PROCEDURES

* Handles all sales and return transactions with accuracy and efficiency.          E   V  (G)  N   U
* Maintains a neat and organized register area.          E   V  (G)  N   U
* Adheres to shortage reduction procedures; follows special operating procedures in the department.          E   V  (G)  N   U
* Understands and utilizes JDA to resolve selling floor inquiries.          E   V  (G)  N   U
* Works to maintain selling floor standards and recovery of the department.          E   V  (G)  N   U
* Safely handles equipment and maintains a safety awareness.          E   V  (G)  N   U

FRONT END ASSOCIATE REVIEW (Page 2 of 2)

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable ✓ _____   Not Acceptable _____

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

Suggestive sell Item has become a priority for Andrea
Decreased the amount of multi scanded coupons to null

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

REDACTED needs to become more familiar with our products
She should be retrained on His Dead Bolts + Bridal Bolts

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is a pleasure to work with and is a team player
Always takes Initiative to fill + clean the front ends if
It ads her home. Great job

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E  V (G) N  U

Date of Review: _____ 10/20/12 _____          REDACTED

Reviewed associate's signature after review conference: _____

Signature _____ 10-20-12
Date

Reviewer's signature after review conference: _____

Signature _____ 10-20-12
Date

Elen. Mgls
Reviewer's Printed Name

**BED BATH &**
**BEYOND**
*Beyond any store of its kind.*

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: _REDACTED_ _____ Store #: _I O 5_ Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____    OTHER ( _____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name _Ekni MgL)_ _____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____

| KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable |
|---|

(Draw a line through any skill which isn't applicable.)                                          E   V   G   N   U

## CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus.          E   V   Ⓖ   N   U
* Ensures a prompt, friendly approach to all customers.          E   V   Ⓖ   N   U
* Escorts customers seeking location(s) of specific merchandise.          E   V   Ⓖ   N   U
* Is alert to customer needs and offers a cart whenever appropriate.          E   V   Ⓖ   N   U
* Determines customer needs and works to add-on/upgrade sell.          E   V   G   Ⓝ   U   Suggested sell poor
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary.          E   V   Ⓖ   N   U
* Complies with Bridal and Gift Registry program standards when servicing both registrants
  and guests.          E   V   G   Ⓝ   U   fd key
* Works to expand product knowledge within home department.          E   V   Ⓖ   N   U
* Works to expand product knowledge throughout total store.          E   V   Ⓖ   N   U
* Answers phone promptly and uses proper phone etiquette.          E   V   Ⓖ   N   U

## TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner.          E   V   Ⓖ   N   U
* Accepts constructive criticism and acts upon it.          E   V   Ⓖ   N   U
* Maintains a positive outlook toward job.          E   V   Ⓖ   N   U
* Communicates effectively with Management and other associates.          E   V   Ⓖ   N   U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the
  business dictate.          E   V   G   Ⓝ   U   Time & Attedce Issues
* Is a team player.          E   V   Ⓖ   N   U
* Exhibits professional manner, dress and appearance at all times.          E   V   Ⓖ   N   U

## OPERATIONS & PROCEDURES

* Handles all sales and return transactions with accuracy and efficiency.          E   V   Ⓖ   N   U
* Maintains a neat and organized register area.          E   V   Ⓖ   N   U
* Adheres to shortage reduction procedures; follows special operating procedures in the department.          E   V   Ⓖ   N   U
* Understands and utilizes JDA to resolve selling floor inquiries.          E   V   G   Ⓝ   U   need more help
* Works to maintain selling floor standards and recovery of the department.          E   V   Ⓖ   N   U
* Safely handles equipment and maintains a safety awareness.          E   V   Ⓖ   N   U

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

**FRONT END ASSOCIATE REVIEW (Page 2 of 2)**

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable _____  Not Acceptable ✗

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED has improved his over all Demener + out look towards the Job! Since be.ng moved to the Front End he has completed all tasks assigned in a faster + more Efficient maner

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

REDACTED has time and Attendance issues since his last Reviev. His Attendance has not improved as much as.t should have

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- be more aggesive with Suggestive Selling Item
- Retrain on Basic SDA's USE
- Improve time + Attendance

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is a good worker He does any + All tasks assigned to him. Soon Just has to become amore well Rounded assc.le and continue to improve his attendance

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E **V** G N U

Date of Review: _____

REDACTED

Reviewed associate's signature after review conference:

Signature _____  Date 12/20/12

Reviewer's signature after review conference:

Signature _____  Date 12/20/12

Eleni M.g's
Reviewer's Printed Name

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

BED BATH &
**BEYOND**
*Beyond any store of its kind.*

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: REDACTED _____   Store #: _105_   Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____        OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

**THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:**

Printed Name _Eka Miglus_____ Signature _Amy_____ Postion _____
Printed Name _____ Signature _____ Postion _____
Printed Name _____ Signature _____ Postion _____
Printed Name _____ Signature _____ Postion _____
Printed Name _____ Signature _____ Postion _____
Printed Name _____ Signature _____ Postion _____

| KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable |
|---|

(Draw a line through any skill which isn't applicable.)                                    **E   V   G   N   U**

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | G | N | (U) |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | V | (G) | N | U |
| * Works to expand product knowledge throughout total store. | E | V | (G) | N | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | G | (N) | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | (V | G | N | U |
| * Is a team player. | E | (V | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | G | (N) | U |

## OPERATIONS & PROCEDURES

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Handles all sales and return transactions with accuracy and efficiency. | E | V | G | (N) | U |
| * Maintains a neat and organized register area. | E | V | (G) | N | U |
| * Adheres to shortage reduction procedures; follows special operating procedures in the department. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |

**FRONT END ASSOCIATE REVIEW (Page 2 of 2)**

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable _____✓_____   Not Acceptable _____✓_____

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- Expanded product knowledge on dept to better serve customers
- Has learned to lead better than previous year

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- Time and attendance still a issue
- suggestive sell
- Time management & accomplishing tasks in a timely manner

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- Be more punctual & come to work in uniform
- Plan out Time better
- Suggestive sell needs to become a priority

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

Great to work with, very flexible in her scheduling <span style="color:red">REDACTED</span> needs to become better at prioritizing + not trying to do all things at once

## 3. OVERALL RATING FOR PERIOD

Circle one rating

E   V   G   N   U

Date of Review: __2/28/2013__

<span style="color:red">REDACTED</span>   .25d

Reviewed associate's signature after review conference:

Signature _____   Date 2/28/2013

Reviewer's signature after review conference:

Signature _____   Date 2/28/2013

Reviewer's Printed Name

**BED BATH &**
**BEYOND**
*Beyond any store of its kind.*

Name: REDACTED

**INVENTORY CONTROL LEAD/SUPERVISOR** (Page 1 of 2)

Store #: _____   Date of review: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

**KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

| PERFORMANCE SKILLS | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE SKILLS - overall rating** | E | V | G | N | U |
| 1. Always leads by example the customer service standards which create positive experiences for associates and customers. | E | V | G | (N) | U |
| 2. Institutes practices which ensure that all opportunities to enhance customer service are pursued. | E | V | (G) | N | U |
| 3. Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| 4. Ensures that customers are viewed as a priority. | E | V | (G) | N | U |
| **INVENTORY CONTROL SKILLS - overall rating** | E | V | G | N | U |
| 1. Complies with Company guidelines regarding department signage. | E | V | G | (N) | U |
| 2. Ensures selling floor is maintained neatly. | E | V | (G) | N | U |
| 3. Ensures stockrooms meet required Company standards (customer ready). | E | V | (G) | N | U |
| 4. Identifies and communicates unique and individual store opportunities, focusing on the core customer's needs. | E | V | (G) | N | U N |
| 5. Is knowledgeable of all JDA functions and utilizes them to verify inventory integrity. | E | V | (G) | N | U |
| **OPERATIONAL SKILLS - overall rating** | E | V | G | N | U |
| 1. Understands and executes principles of Process Improvement (PI). | E | V | (G) | N | U |
| 2. Knowledgeable of and properly implements safety and loss prevention procedures. | E | V | (G) | N | U |
| 3. Completes all necessary paperwork accurately and in a timely manner. | E | V | (G) | N | U |
| 4. Complies with Company standards for all operational policies and procedures. | E | V | (G) | N | U |
| 5. Understands the financial implications regarding front end and receiving procedures, signage and price changes. | E | V | G | (N) | U |
| 6. Works in a safe manner and maintains safe, clean work environment. | E | V | (G) | N | U |
| **INTERPERSONAL/MANAGEMENT SKILLS - overall rating** | E | V | G | N | U |
| 1. Follows instructions. | E | V | (G) | N | U |
| 2. Promptly advises Management of any problems. | E | V | (G) | N | U |
| 3. Seeks advice when appropriate. | E | V | (G) | N | U |
| 4. Ability to prioritize work effectively, control time and meet deadlines. | E | V | G | (N) | U |
| 5. Exhibits ability to work independently with minimum supervision; self-starter. | E | (V) | G | (N) | U |
| 6. Exhibits ability to accept and act upon constructive criticism. | E | V | (G) | N | U |
| 7. Initiative, self motivation, enthusiasm, attitude and reliability. | E | V | G | (N) | U |
| 8. Ability to identify critical issues. | E | V | (G) | N | U |
| 9. Aptitude for dealing with people (tact). | E | V | (G) | N | U |
| 10. Communicates and works well with Management and other associates. | E | V | (G) | N | U |
| 11. Accomplishes objectives with a sense of urgency. | E | (V) | G | (N) | U |
| **PERSONAL WORK CHARACTERISTICS - overall rating** | E | V | G | N | U |
| 1. Exercises proper and ethical behavior at all times. | E | V | (G) | N | U |
| 2. Works effectively under pressure. | E | V | (G) | N | U |
| 3. Seeks greater level of responsibility. | E | V | (G) | N | U |
| 4. Willing to work for the good of the Company; is a team player. | E | V | (G) | N | U |
| 5. Makes effective use of time. | E | V | G | (N) | U |

INVENTORY CONTROL LEAD/SUPERVISOR  (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**          Acceptable _____✓_____     Not Acceptable _____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the expected results from goals established at previous review or during the period.

REDACTED _____

_____

_____

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

REDACTED _____

_____

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period.  (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

_____

_____

**Strengths and Weaknesses**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED _____

_____

**3. OVERALL RATING FOR PERIOD**                    E   V   G   N   U

Name: _____          Store Name and Number: ___105___

Date of Hire: _____          Date of Review: ___3/28/13___

REDACTED

Reviewed associate's signature after review conference:

_____ 3/1/13
Signature                              Date

Reviewer's signature after review conference:

_____
Signature                              Date

_____
Reviewer's Printed Name                Date

·204

# BED BATH & BEYOND
Beyond any store of its kind.

**MERCHANDISING / STOCK (Page 1 of 2)**

REDACTED **Name:** _____ **Store #:** _105_ **Date of review:** _____

*Circle review type & Indicate Date Due:*

90 DAY REVIEW DUE: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _3/8/11_

OTHER ( _____ Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name _BRIAN CHISENA_ Signature _____ Position _OPERATIONS MANAGER_

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

Printed Name _____ Signature _____ Position _____

## KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

**Choose one rating**

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus.   E  V  (G)  N  U
* Ensures a prompt, friendly approach to all customers.   E  V  (G)  N  U
* Escorts customers seeking location(s) of specific merchandise.   E  (V)  G  N  U
* Is alert to customer needs and offers a cart whenever appropriate.   E  V  (G)  N  U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary.   E  V  (G)  N  U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests.   E  V  G  (N)  U
  Determines customer needs and works to add-on sell.   E  V  G  (N)  U
* Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service.   E  V  (G)  N  U
* Answers the phone promptly and uses proper phone etiquette.   E  V  (G)  N  U

## TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner.   E  V  (G)  N  U
* Accepts constructive criticism and acts upon it.   E  V  (G)  N  U
* Maintains a positive outlook toward job.   E  V  (G)  N  U
* Communicates effectively with Management and other associates.   E  V  (G)  N  U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate.   E  V  (G)  N  U
* Is a team player.   E  (V)  G  N  U
* Exhibits professional manner, dress and appearance at all times.   E  V  G  (N)  U

## MERCHANDISING & DEPARTMENT MAINTENANCE

* Works to maintain selling floor standards and recovery of the department.   E  V  (G)  N  U
* Is aware of product sell through and completes pull lists.   E  V  (G)  N  U
* Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively.   E  V  G  (N)  U
* Understands and utilizes JDA to resolve selling floor inquiries.   E  V  (G)  N  U
* Adheres to shortage reduction and compliance procedures.   E  V  (G)  N  U
* Safely handles equipment and maintains safety awareness.   E  V  (G)  N  U

REDACTED

**MERCHANDISING / STOCK (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**   Acceptable_____   Not Acceptable ✗

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

HAS TRANSITIONED VERY WELL TO THE STOCK REPLENISHMENT TEAM. CONSISTENTLY WORKS ON HIS PULL-LIST & STAYS ON HIS REGULAR ROUTINE

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- ① DID NOT COMPLETE UNIVERSITY CLASSES IN MDSE + PLANNING. DUE MAY 1, 2013
- ATTENDANCE + PUNCTUALITY

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

1. IMPROVE ON BEYOND STATS PARTICIPATION. GOAL IS 1 ORDER PER SCHEDULED SHIFT.
2. WORK ON SUGGESTIVE SELLING WHEN CALLED AS A BACK-UP CASHIER.
3. PARTNER WITH PEPITHA + LEARN HOW TO UTILIZE + READ P.C. NOTES TO BETTER PLAN REPLENISHMENT CYCLE + BACKSTOCKING MERCHANDISE. ALSO RECOMMEND SUGGESTIVE ORDERS TO ASSIST IN OUT-OF-STOCKS.
- ATTENDANCE: NEEDS DRASTIC IMPROVEMENT.

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not

REDACTED   HAS IMPROVED HIS OVERALL WORK ETHIC SINCE TRANSITIONING TO REPLENISHMENT STAFF. HIS OVERALL PRIDE IN HIS NEW RESPONSIBILITIES HAS SHAPED CRIS INTO A BETTER EMPLOYEE. DESPITE ATTENDANCE ISSUES, CRIS HAS IMPROVED HIS OVERALL WORK PERFORMANCE.

**3. OVERALL RATING FOR PERIOD**   Circle one rating   .25E  V  (G)  N  U

Date of Review: _____

REDACTED

Reviewed associate's signature after review conference: _____ Signature ___ Date 3/29/13

Reviewer's signature after review conference: _____ Signature ___ Date 3/29/13

Reviewer's Printed Name ___ Date 3/29/13

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

# BED BATH &
# BEYOND.
Beyond any store of its kind.

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: · REDACTED _____ Store #: _105_ Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name _Elen. M.jls_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____
Printed Name_____ Signature_____ Postion_____

| KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable |
|---|

(Draw a line through any skill which isn't applicable.)

|  | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | (V) | G | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | (V) | G | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | V | (G) | N | U |
| * Works to expand product knowledge throughout total store. | E | (V) | G | N | U |
| * Answers phone promptly and uses proper phone etiquette. | E | (V) | G | N | U |

## TEAM SKILLS

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | (V) | G | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | (V) | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## OPERATIONS & PROCEDURES

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| * Handles all sales and return transactions with accuracy and efficiency. | E | (V) | G | N | U |
| * Maintains a neat and organized register area. | E | (V) | G | N | U |
| * Adheres to shortage reduction procedures; follows special operating procedures in the department. | E | (V) | G | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |

**FRONT END ASSOCIATE REVIEW (Page 2 of 2)**

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable ____✓____ Not Acceptable _____

## 2. GOALS AND OBJECTIVES

### Objectives Accomplished

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED has done a good Job increasing her suggested sell 010.
She learned how to do online order pick-ups

### Unaccomplished Objectives

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

REDACTED needs to get more classes, so that she has more overall knowledge for the store.

### Goals and Objectives for next Review Period:

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

complete basic product university
Get more well funded knowledge of our Bridal Dept, has
to print Registries

### Strengths and Weaknesses:

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is a great asset to the company, she is always willing to help with anything that needs to get done I has a great repor with customers. REDACTED did a great job on our customer service shops

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E (V) G N U

.35

Date of Review: _____

REDACTED

Reviewed associate's signature after review conference: _____

Signature _____        10/30/2013  Date

Reviewer's signature after review conference: _____

Signature _____        6-30-13  Date

Patrice D_____
Reviewer's Printed Name

## Ladder Certification

**Condition**

Make a visual inspection of any ladder before using it. All ladders should be free of any mechanical defects. Pay particular attention to the wheels, springs and hinges: all should move freely and smoothly. **Do not use any ladder that appears to be defective, has broken or worn out parts, or appears to be in any way unsafe to operate!** Remove any unsafe ladders from the selling floor immediately and notify a manager.

## Usage

1. **The 10 foot rule:** Never do any up-stocking, down-stocking, or move anything (rebar, shelves, L clips, etc) in the overhead while anyone is within 10 feet of the ladder.
   a. If a customer is present, come down the ladder, secure it to the gable, and offer assistance. Proceed with stocking when the customer has left the area.
   b. If an associate is working independently (short term) within 10 feet of the ladder, the person on the ladder should stop what they are doing until the associate can get out of the 10 foot radius; if both are involved in projects that will take some time to complete, the project requiring the least amount of time should be completed first.

2. Always use a spotter when necessary – as outlined in the Spotter Program.

3. All Ladders should always be fully opened with arms locked in place before use.

4. Always face the ladder when ascending, descending, and working on the ladder.

5. Always place the Versa Straps inside the A Frame of the ladder.

6. Always use caution, any loss of balance can result in serious injury! Ladders should be ascended and descended carefully each and every time!

7. Always have both feet on the ladder. Never step across to shelving or racking!

8. Whenever possible have 3 points of contact with the ladder. Example: 2 feet and 1 hand; 2 feet and chest (when reaching), etc. This will aid in keeping your balance.

9. Know your limits! Never carry anything up or down a ladder that is too heavy or too bulky for you to handle safely. Get help!

10. Never "walk" a ladder. Always come down from the ladder to move it.

11. Never stand on the top rung of a ladder, or above the platform! If you can't reach something, get a taller ladder or get help!

12. Always look down to be sure you are standing on the Caution Strip before stepping off the ladder.

13. Never leave an open ladder unattended, AND NEVER leave anything on the platform of a ladder not being actively used.

## Storage

1. Folding A- Frame Ladders should be fully closed whenever not in use, and always be placed against the gabling and secured by the safety straps so as not to be accidentally knocked over. Ensure the ladders are centered between two gable sections allowing both sections to remain shoppable
2. All Ladders should be stored in the rooms, not on the wood. Place them in the department where they will be away from the most foot and cart traffic.
3. Never store ladders in Home Décor, Fine China, Bath Ensembles, Dinnerware/ Glassware
4. Ballymore Ladders should be parked in the unfolded position, in areas where there is room to maneuver around them to shop.

--------------------------------------------------------------------------------

## Ladder Certification Sign-Off

This certifies that ___REDACTED___ has completed the Bed Bath & Beyond Ladder Training Program. In doing so, has successfully demonstrated all aspects of ladder usage per Bed Bath &Beyond requirements, and passed the Bed Bath & Beyond Ladder Exam.

Name (print) __REDACTED_____ Signature _____ Date _2/21/20 13___

Trainer (print) _Eleni Miglis_____ Signature _M. Mig_____ Date _2/21/13_

Page 1 of 1