# **EXHIBIT 3**




**narmon DISCOUNT** — Cosmetics  Health  Beauty

**AN EQUAL OPPORTUNITY EMPLOYER**
It is the policy of Bed Bath & Beyond to recruit, hire, train, promote, transfer, compensate, and provide all other conditions of employment including Company sponsored events without regard to race, color, creed, religion, national origin, age, sex, marital status, lawful alien status, sexual orientation, physical or mental disability, citizenship status, veteran status, or any other basis prohibited by law.

*Please complete all requested information. Use ink and print.*

## GENERAL INFORMATION

- TODAY'S DATE: 2/8/2012
- DATE AVAILABLE FOR WORK: Immediately
- POSITION DESIRED: Cashier/Service
- SALARY DESIRED: $11/hr
- FULL TIME ✓ 35+ HRS PER WK  OR  PART TIME ✓ LESS THAN 35 HRS
- NAME: LAST / FIRST / MIDDLE — REDACTED
- STREET ADDRESS — REDACTED
- CITY / STATE / ZIP — REDACTED
- TELEPHONE (PRIMARY): HOME — REDACTED
- TELEPHONE (SECONDARY): CELL
- AGE (IF YOU ARE UNDER 18 YOU MAY HAVE TO PROVIDE A WORK PERMIT BEFORE STARTING WORK)
- ARE YOU AT LEAST 18 YRS OLD? ✓ YES __ NO
- ARE YOU AT LEAST 16 YRS OLD? ✓ YES __ NO

PLEASE INDICATE THE HOURS (BOTH DAY AND EVENING) YOU ARE AVAILABLE TO WORK:
SUN Open   MON Open   TUES Open   WED Open
THURS Open   FRI Open   SAT Open

IF YOU HAVE WORKED FOR ANY OF OUR COMPANIES BEFORE, STATE WHERE, WHEN, FINAL POSITION AND REASON FOR LEAVING (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby): BB&B June-Aug 2010, 2011 Cashier, School

NOTE: ALTHOUGH EVERY EFFORT WILL BE MADE TO ACCOMMODATE INDIVIDUAL PREFERENCES WILL BE MADE, BUSINESS NEEDS MAY REQUIRE ANY OR ALL OF THE FOLLOWING: EXTENSION OF HOURS, A ROTATING WORK SCHEDULE, SATURDAY AND/OR SUNDAY HOURS, OVERTIME.

HAVE YOU EVER APPLIED TO ANY OF OUR COMPANIES BEFORE (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)? ✓ YES __ NO (IF YES, WHERE)

HAVE YOU EVER BEEN CONVICTED OF A FELONY? (NOTE: DO NOT ANSWER "YES" OR PROVIDE ANY INFORMATION REGARDING THE FOLLOWING: (A) ARRESTS THAT DID NOT LEAD TO A CONVICTION, (B) CONVICTIONS THAT HAVE BEEN SEALED, EXPUNGED, DISMISSED, OR OTHERWISE ERADICATED BY STATUTE OR COURT ORDER) __ YES ✓ NO

DO YOU HAVE ANY RELATIVES EMPLOYED BY OUR COMPANY? __ YES ✓ NO  IF YES, IDENTIFY BY NAME AND LOCATION TO AVOID WORK ASSIGNMENT CONFLICTS:

## WORK EXPERIENCE (START WITH CURRENT EMPLOYER AND CONTINUE WITH FORMER EMPLOYERS)

**EMPLOYER #1**: BB&B
- ADDRESS: STREET / CITY: Manhasset / STATE: NY / ZIP
- PHONE: (516) 365-3823
- SUPERVISOR / TITLE
- POSITION: Cashier
- FINAL SALARY: $9/hr
- REASON FOR LEAVING: School
- DATES OF EMPLOYMENT: FROM: June 2010, 2011  TO: Aug 2010, 2011

**EMPLOYER #2**: (blank)

**EMPLOYER #3**: (blank)

**EMPLOYER #4**: (blank)

## PROFESSIONAL REFERENCES - LIST PERSONS FAMILIAR WITH YOUR WORK ABILITY (EXCLUDE RELATIVES)

| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### PLEASE COMPLETE REMAINDER OF APPLICATION ON REVERSE SIDE.

### DO NOT WRITE BELOW THIS LINE.

(HIRING PERSONNEL: COMPLETE THIS SECTION ONLY AFTER AN OFFER OF EMPLOYMENT IS MADE.)
- JOB TITLE: CASHIER
- T (TEMP) OR (R) REG.
- FT OR (PT)
- STORE #: 105
- MALE OR (FEMALE)
- START DATE: 2/8/12
- DATE OF BIRTH: 10/7/1990
- HOURLY OR COEFF. MGR. OR SALARIED (PAY TYPE: CIRCLE ONE)
- RATE (ONLY IF HOURLY): 9.00 PER HOUR
- NEXT REVIEW DATE: /  /
- RACE (CIRCLE ONE): (WHITE) • BLACK • HISPANIC/LATINO • ASIAN • AMERICAN INDIAN/ALASKA NATIVE • NATIVE HAWAIIAN/PACIFIC ISLANDER • TWO OR MORE RACES (NONE OF WHICH ARE HISPANIC OR LATINO)
- SOCIAL SECURITY NUMBER: REDACTED
- SIGNATURE OF HIRING INDIVIDUAL: [signature]

BBB 170 (R 3/10)

Name of Candidate_ REDACTED

Name of Interviewer_____

Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as _____ ?
   *[handwritten] Everthings, cashier,* ... / worked as ASM

2) What is/was your work schedule like? *[handwritten]*

3) Why did you leave ____ ? *[handwritten]*

4) Why are you looking at opportunities outside of your company? What interests you specifically about our company? *[handwritten]*

5) Give me an example of how you have provided quality customer service? (customer service)
   *[handwritten]*

6) What do you like most about working in retail?
   Least? *[handwritten]*

7) Our positions require our associates and managers to
   *climb ladders to replace and retrieve merchandise.
   *lift up to 40 lbs.
   *stand for long periods of time.
   *Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance
   If considered for a position with us would you be able to perform this function? (*leave time for a yes/no response for each*)

**IF APPLICABLE-_WHAT DO YOU NEED FROM US IN ORDER TO BECOME A CASHIER, STOCK ETC ETC ??**
*[handwritten] Can't stock anytime*

8) Scenario –while you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do?
   *[handwritten]*

9) Are you able to work nights? Weekends? (*leave time for a yes/no response*)
   Will you need any additional time off during the next 6 months, ie vacations planned already?

10) Review Dress code : All **shirts** should be well fitting - not to tight or too low cut
    - "Leggings" and "Hoodies" are not permitted. Hoodies pertain to any shirt or sweater with a hood.
    - T-shirts-"undergarment t-shirts" are not permitted.
    - Brands and Logos are permitted on shirts, however they must be small in size.
    - No mid drift shirts
    - No open toe or open heel shoes
    - No Shorts or Sleeveless shirts
    - Facial Jewelry other than earnings is not permitted
    - Length of skirts in good taste
    - Day-Glo or pastel dyed hair is not permitted

*[handwritten right margin] 4pm Closing ; Tues, Frid, S...*

NOTE: ONCE COMPLETED, FILE THIS FORM IN EMPLOYEE'S PERSONNEL FOLDER.

## BED BATH & BEYOND
### TELEPHONE REFERENCE CHECK FORM

**KEYS TO A SUCCESSFUL REFERENCE CHECK:**
1. Identify yourself.
2. Explain that we are considering "Jane Doe" for employment and she has given us their company as a reference.
3. Be polite, ask nicely, and thank them for their time.

Reference conducted by Eleni Miglis  Name of candidate REDACTED

Person contacted Brendan  Company Pier 1 Imports  Date 12/31/12

Title/Position of person contacted Manager  Telephone number 388-2355

Person contacted is: Direct Supervisor ✓   Supervisor ____   Other (HR, LP etc.) ____

Dates of employment: From 10/_/12  To current

Last position held: _____  How long? ____

Last Salary: ____

What responsibilities did this person have? _____ music
help customers

Did this person supervise anyone? Yes ____ No ✓  If yes, how many? ____

How did this person get along with:

Subordinates _____
Peers _____
Superiors love her

What were this person's strong points? Great ___ people, very outgoing

Were there any areas in need of improvement? _____

Was this person punctual? Yes ✓ No ____  Any attendance problems? Yes ____ No ✓

Why did this person leave? ____

Would you rehire? Yes ✓ No ____  If no, why not? ____

HR - 042A   05/01/95
revised 2/1/97

NOTE: ONCE COMPLETED, FILE THIS FORM IN EMPLOYEE'S PERSONNEL FOLDER.
## BED BATH & BEYOND
## TELEPHONE REFERENCE CHECK FORM

**KEYS TO A SUCCESSFUL REFERENCE CHECK:**
1. Identify yourself.
2. Explain that we are considering "Jane Doe" for employment and she has given us their company as a reference.
3. Be polite, ask nicely, and thank them for their time.

Reference conducted by **Eleni**      Name of candidate **REDACTED**

Person contacted **Scott Davis**   Company **Publishes cH**   Date **2/1/13**

Title/Position of person contacted **Supervisor**   Telephone number **516-682-6535**

Person contacted is: Direct Supervisor _____ Supervisor ✓ Other (HR, LP etc.) _____

Dates of employment:   From _____   To **Still there**

Last position held: **Advisor**    How long? _____

Last Salary: _____

What responsibilities did this person have? **make sure all accounting was corrected, + All things Run well**

Did this person supervise anyone? Yes ✓   No _____   If yes, how many? **7**

How did this person get along with:

   Subordinates   **good**

   Peers          **very nice**

   Superiors      **Great Guy**

What were this person's strong points? **Very nice, Diligent**

Were there any areas in need of improvement? **No**

Was this person punctual? Yes ✓ No _____   Any attendance problems? Yes _____ No _____

Why did this person leave? **Still Here**

Would you rehire? Yes ✓   No _____   If no, why not? _____

HR - 042A   05/01/95
revised 2/1/97

  

## ASSOCIATE SEPARATION FORM (Use this form whenever an associate resigns or is terminated)

1. Complete and review sections 1-11 below
2. Ensure that separating associate reads section 10 and signs as indicated
3. Review and confirm all hours; change status in Time & Attendance
4. If applicable, submit final pay request to Corporate Payroll
5. CT, GA, LA, MA, NJ, NM, NY and TN: Process your STATE'S SEPARATION NOTICE
6. Notify Talx/UC Express via WebSep

1. NAME: REDACTED    SOCIAL SECURITY #: REDACTED    STORE #: 0105

2. JOB CLASSIFICATION (check one):    ✓ Part Time (Less than 35 hrs per wk)    ___ Full Time (35 or more hrs per wk)    ___ Mgmt

3. START DATE: 5/4/01    LAST DAY WORKED: 3/11/13 (this date represents the last day the associate physically worked)    SEPARATION DATE: 3/13/13 (see ** at bottom of form for situations where SEPARATION DATE differs from LAST DAY WORKED)

4. REASON FOR LEAVING - Check all that apply:

**RESIGNATION/VOLUNTARY:**
___ Better Job Opportunity
___ Return To School
___ Medical
___ Job Abandonment
___ Scheduled Work Hours ☐ too many / ☐ too few
✓ Other (Give specific reason) _____

**TERMINATION/INVOLUNTARY:**
___ Job Elimination
___ Poor Performance
___ Misconduct
___ Other

**TALX/UCEXPRESS CODE USED:** _____

☐ SEPARATION PROCESSED THRU WEB SEP (Check box once completed)

5. COMPANY PROPERTY RETURNED - Check all that apply:
___ Keys (store, terminals, thermostats)
___ Alarm, telephone and computer access codes erased
___ Associate loans repaid in full
___ Name Badge
___ Other

6. BENEFITS – Check, if applicable:
___ Associate informed of COBRA

7. FINAL PAY - Check all that apply:
___ Vacation/Floating Holiday/Comp. day adjustment made in Time & Attendance
   Indicate plus or minus days for vacation adjustment: _____
   Indicate Floating Hol/Comp. days owed (if applicable) _____
___ Associate/Employer agree on final check:
   Based on ___ days worked for salaried associates
   Based on ___ hours worked for hourly associates
___ Associate received final check today in the amount of $ _____
___ If applicable, associate loan paperwork forwarded to payroll
✓ Associate will return to store to pick up check on _____
___ If applicable, final paycheck mailed to Address noted in #8

8. CURRENT ADDRESS:
Address _____
_____
City _____
State _____ Zip Code _____

9. USE BACK SIDE OF THIS FORM FOR ASSOCIATE COMMENTS, IF ANY.

10. Separating associate is to read this section before signing form:
    - An adjustment may be made to your final paycheck for any vacation time you had taken but not yet accrued, or that you had accrued but not yet taken. Any such adjustment is set forth above in Section 7.
    - As you leave us, we wanted to remind you of your continuing obligation not to disclose to anyone any confidential business and/or proprietary information regarding Bed Bath & Beyond and its operations. Please also make sure you have returned all documents and other items such as records, computer files, computer disks, manuals and notes relating or belonging to the company. You may not take any such materials with you. These things are important to the company, as you may remember from your associate handbook, and that is why your obligation of confidentiality continues even after you leave employment with us.

I fully understand the information that I read in Section 10. If there is anything that I did not understand, I have asked for an explanation.

Associate's Signature: REDACTED _____ Date _____
11. Supervisor's Signature: _____ Date 3/13/13
    Store Manager's/Corp Counterpart's Signature: _____ Date _____

** EXAMPLES OF SEPARATION DATE DIFFERING FROM LAST DAY WORKED:
  o The Last Day Worked was actually different from the resignation/termination date.
  o Job Abandonment: when an associate is absent from work & does not notify the store for a specific period of time; separation date is the date that the decision was made to separate employment.
  o Failure to return from LOA/WC: the separation date is the date that the associate was scheduled to return from an approved LOA or WC leave.
  o Failure to return from vacation: the separation date is the date in which the associate was scheduled to return from an approved vacation.

HR 043-1A & 1B – 2/99; 6/01; 5/02; 5/04; 8/04; 2/08; 3/10; 2/11; rev 5/12

20316

# EMPLOYEE SEPARATION FORM
## FAX IMMEDIATELY TO THE TALX CORPORATION
### (888) 300-2564

Employee Name: REDACTED

SOCIAL SECURITY NO.: REDACTED

State In Which Employed: New York

First Day Worked: 5/4/09

Last Day Worked: 2/11/13

Company Name: Bed Bath & Beyond

Address: 7103 Northern Blvd   City: Manhasset   State: NY   Zip: 11056

Completed By: Lisa Aglio   Phone: (516) 365-3965   Date: 3/13/13

INHOUSE # B110   Location Number: 6105

## REASON FOR SEPARATION

### QUIT
- ( ) 0100 - Did not return, no notice/reason given
- ( ) 0300 - No reason given
- (X) 0410 - Mutual agreement (not protestable)
- ( ) 0500 - Quit during temporary assignment, no notice
- ( ) 0800 - Failed to return from leave of absence
- ( ) 0900 - Refused offer of work (explain)
- ( ) 1100 - Three days unreported absence (give dates)
- ( ) 1200 - Accepted better job
- ( ) 1400 - Accepted another job
- ( ) 1410 - Accepted another job - own business
- ( ) 1420 - Accepted another job - military
- ( ) 1500 - To leave area
- ( ) 1600 – Personal
- ( ) 1610 - Personal – marriage
- ( ) 1630 - Personal - school hours conflict
- ( ) 1700 - Transportation Problem
- ( ) 1800 - Babysitter Problem
- ( ) 1900 - Due to medical reasons
- ( ) 2100 – Dissatisfied
- ( ) 2110 - Dissatisfied - work hours
- ( ) 2120 - Dissatisfied – salary
- ( ) 2130 - Dissatisfied – working conditions
- ( ) 2140 - Dissatisfied – performance review
- ( ) 2160 - Dissatisfied – career opportunities
- ( ) 2170 - Dissatisfied – company policies
- ( ) 2180 - Dissatisfied - co-workers
- ( ) 2190 - Dissatisfied – supervisor
- ( ) 2200 - Walked off job
- ( ) 2300 - To stay at home
- ( ) 2400 - Assignment completed, failed to contact for new assignment
- ( ) 2500 - Attend school
- ( ) 2600 - Quit, Other (explain)

### DISCHARGE - Must give details
- ( ) 3200 - Using intoxicant on the job
- ( ) 3300 - Intoxicated on the job
- ( ) 3700 - Excessive tardiness (give dates)
- ( ) 3900 - Left work without permission
- ( ) 4000 - Excessive absences (give dates)
- ( ) 4100 - Excessive unreported absences (dates)
- ( ) 4200 - Excessive absences & tardiness (dates)
- ( ) 4300 - Fighting on company property
- ( ) 4400 - Refused to perform job duties
- ( ) 4500 - Misuse of equipment
- ( ) 4600 - Destruction of company property (give property value)
- ( ) 4800 - Violation of company policy
- ( ) 4900 – Insubordination
- ( ) 5000 - Sleeping on job
- ( ) 5100 - Inability to perform job (not protestable)
- ( ) 5300 - Unauthorized removal of company property
- ( ) 5400 - Violation of safety rules
- ( ) 5500 - Cash shortages
- ( ) 5700 - Improper conduct
- ( ) 5800 – Falsification
- ( ) 5900 - Failed to report to work (give dates)
- ( ) 5200 - Discharge, Other (explain)

### LACK OF WORK
- ( ) 7000 - Vacation/holiday pay given (give amount)
- ( ) 7600 - Lack of work
- ( ) 7700 - Working all available hours
- ( ) 7610 - Temporary lack of work (give return date)
- ( ) 7620 - Job eliminated
- ( ) 7630 - Seasonal employment
- ( ) 7640 - Location closed
- ( ) 8700 - Assignment completed
- ( ) 8900 - Vacation shutdown (give pay & return date)

### LABOR DISPUTE
- ( ) 8300 - Involved in labor dispute
- ( ) 8310 - Member of striking union
- ( ) 8320 - Company lockout
- ( ) 8400 - Refused to cross picket lines

### RETIREMENT
- ( ) 1000 - Voluntary (if pension, give amount)
- ( ) 1030 - Disability - job related
- ( ) 1040 - Disability - not job related
- ( ) 7400 - Involuntary (if pension, give amount)

### LEAVE OF ABSENCE - Must give return date
- ( ) 6300 - Family & Medical Leave Act – 1993
- ( ) 7200 - Leave of absence (explain)
- ( ) 7300 - Military leave

### MISCELLANEOUS
- ( ) 6600 - Transfer to new location
- ( ) 6900 - Disciplinary action – suspension
- ( ) 8000 - Returned to work (give date)
- ( ) 8100 - Refused new job offer or recall (Give specific details of offer)
- ( ) 8500 – Deceased
- ( ) 8600 - Not available for work (explain)
- ( ) 9100 - No protest per employer
- ( ) 9200 - Independent contractor
- ( ) 9300 - Records not available
- ( ) 9800 - On workers compensation

20316

**EMPLOYEE SEPARATION FORM**
**FAX IMMEDIATELY TO THE TALX CORPORATION**
**(888) 300-2564**

Employee Name: REDACTED

SOCIAL SECURITY NO.: REDACTED

State In Which Employed: New York

First Day Worked: 6/3/2013

Last Day Worked: 3/7/2013

Company Name: _[handwritten, illegible]_

Address: _[handwritten]_ Blvd  City: Manhasset  State: NY  Zip: 11030

Completed By: _[handwritten]_  Phone: (516) 365-2965  Date: 3/13/13

INHOUSE # **B110**   Location Number: _[handwritten]_

## REASON FOR SEPARATION

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*QUIT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

( ) 0100 - Did not return, no notice/reason given
( ) 0300 - No reason given
( ) 0410 - Mutual agreement (not protestable)
( ) 0500 - Quit during temporary assignment, no notice
( ) 0800 - Failed to return from leave of absence
( ) 0900 - Refused offer of work (explain)
( ) 1100 - Three days unreported absence (give dates)
( ) 1200 - Accepted better job
( ) 1400 - Accepted another job
( ) 1410 - Accepted another job - own business
( ) 1420 - Accepted another job - military
( ) 1500 - To leave area
( ) 1600 - Personal
( ) 1610 - Personal - marriage
( ) 1630 - Personal - school hours conflict
( ) 1700 - Transportation Problem
( ) 1800 - Babysitter Problem
( ) 1900 - Due to medical reasons
( ) 2100 - Dissatisfied
( ) 2110 - Dissatisfied - work hours
( ) 2120 - Dissatisfied - salary
( ) 2130 - Dissatisfied - working conditions
( ) 2140 - Dissatisfied - performance review
( ) 2160 - Dissatisfied - career opportunities
( ) 2170 - Dissatisfied - company policies
( ) 2180 - Dissatisfied - co-workers
( ) 2190 - Dissatisfied - supervisor
( ) 2200 - Walked off job
( ) 2300 - To stay at home
( ) 2400 - Assignment completed, failed to contact for new assignment
( ) 2500 - Attend school
( ) 2600 - Quit, Other (explain)

**\*\*\*\*\*\*\*\*\*\*\*DISCHARGE - Must give details\*\*\*\*\*\*\*\*\*\*\***

( ) 3200 - Using intoxicant on the job
( ) 3300 - Intoxicated on the job
( ) 3700 - Excessive tardiness (give dates)
( ) 3900 - Left work without permission
( ) 4000 - Excessive absences (give dates)
( ) 4100 - Excessive unreported absences (dates)
( ) 4200 - Excessive absences & tardiness (dates)
( ) 4300 - Fighting on company property
( ) 4400 - Refused to perform job duties
( ) 4500 - Misuse of equipment
( ) 4600 - Destruction of company property (give property value)
(X) 4800 - Violation of company policy
( ) 4900 - Insubordination
( ) 5000 - Sleeping on job
( ) 5100 - Inability to perform job (not protestable)
( ) 5300 - Unauthorized removal of company property
( ) 5400 - Violation of safety rules
( ) 5500 - Cash shortages
( ) 5700 - Improper conduct
( ) 5800 - Falsification
( ) 5900 - Failed to report to work (give dates)
( ) 5200 - Discharge, Other (explain)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*LACK OF WORK\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

( ) 7000 - Vacation/holiday pay given (give amount)
( ) 7600 - Lack of work
( ) 7700 - Working all available hours
( ) 7610 - Temporary lack of work (give return date)
( ) 7620 - Job eliminated
( ) 7630 - Seasonal employment
( ) 7640 - Location closed
( ) 8700 - Assignment completed
( ) 8900 - Vacation shutdown (give pay & return date)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*LABOR DISPUTE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

( ) 8300 - Involved in labor dispute
( ) 8310 - Member of striking union
( ) 8320 - Company lockout
( ) 8400 - Refused to cross picket lines

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*RETIREMENT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

( ) 1000 - Voluntary (if pension, give amount)
( ) 1030 - Disability - job related
( ) 1040 - Disability - not job related
( ) 7400 - Involuntary (if pension, give amount)

**\*\*\*\*LEAVE OF ABSENCE - Must give return date\*\*\*\***

( ) 6300 - Family & Medical Leave Act - 1993
( ) 7200 - Leave of absence (explain)
( ) 7300 - Military leave

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*MISCELLANEOUS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

( ) 6600 - Transfer to new location
( ) 6900 - Disciplinary action - suspension
( ) 8000 - Returned to work (give date)
( ) 8100 - Refused new job offer or recall (Give specific details of offer)
( ) 8500 - Deceased
( ) 8600 - Not available for work (explain)
( ) 9100 - No protest per employer
( ) 9200 - Independent contractor
( ) 9300 - Records not available
( ) 9800 - On workers compensation