# **EXHIBIT 3**

 

## DEPARTMENT LEVEL MANAGER COMPENSATION

At the time I was hired, I was told what my anticipated weekly compensation will be and how it will be calculated.

I understand that my weekly compensation consists of two components: (1) a base weekly salary for all hours worked; and (2) an additional amount for all hours over 40 that I work during a week.

I understand that my base weekly salary is compensation for all hours I work in a week. I will be paid this base salary for each week I work, whether or not I work 40 hours in that week, subject to the Company's sick day and leave policies.

I further understand that I will be scheduled for no less than 47 hours per week, but that my actual hours worked will fluctuate depending on the needs of my store.

_____  
Associate's Signature

_____  
Andrae Wholey  
Associate's Printed Name

07/18/11  
Date

**Distribution:**
    **Original to Associate**
    **Copy maintained in Associate's personnel folder**