# **EXHIBIT 5**

# Department Manager's Bi-Weekly Pay Stub

Refer to this example to assist you in interpreting your pay stub.
If at anytime you have questions, concerns or need help interpreting your pay stub, please contact your District HR Manager, Regional HR Manager or Regional Director of HR.

## Example Based On:
| | | |
|---|---|---|
| Base Annual Salary: | | $27,920.79 |
| Base Weekly Salary: | | $536.94 |
| Hours Worked: | Week 1: | 47 |
| | Week 2: | 54 |

## I. The Top Half of the Pay Stub Will Read As Follows:

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | | | 1,073.88 (bi-weekly base salary) |
| Additional Pay | | | 109.58 |
| Reg. Week 1 | | 47 | |
| Reg. Week 2 | | 54 | |
| **Gross Pay** | | | **1,183.46** |

## II. Explanation of Pay Stub:

Regular Pay (bi-weekly base salary) = $536.94 x 2 = $1,073.88
If at anytime you have questions, concerns or need help interpreting plan/formula (fluctuating work week) is used.

$$\left( \frac{\text{Base weekly salary}}{\text{All hours worked in the week}} \right) \div 2 \times \text{all hours worked over 40 in the week} = \text{additional pay}$$

**WEEK 1** $\left( \frac{\$536.94}{47} \right) \div 2 \times (7) = \$39.98$

**WEEK 2** $\left( \frac{\$536.94}{54} \right) \div 2 \times (14) = \$69.60$

TOTAL ADDITIONAL PAY: $ 39.98 + $ 69.60 = $109.58

## III. Summary:

| | Hours Worked | Base Weekly Salary | | Additional Pay | | Total Week's Pay |
|---|---|---|---|---|---|---|
| WEEK 1 | 47 | $536.94 | + | $39.98 | = | $576.92 |
| WEEK 2 | 54 | $536.94 | + | $69.60 | = | $606.54 |
| TOTAL | | $1,073.88 | + | $109.58 | = | $1,183.46 |

# Department Manager's Bi-Weekly Pay Stub

Refer to this example to assist you in interpreting your pay stub.
If at anytime you have questions, concerns or need help interpreting your pay stub, please contact your District HR Manager, Regional HR Manager or Regional Director of HR.

## Example Based On:
| | | |
|---|---|---|
| Base Annual Salary: | | $27,920.79 |
| Base Weekly Salary: | | $536.94 |
| Hours Worked: | Week 1: | 47 |
| | Week 2: | 54 |

## I. The Top Half of the Pay Stub Will Read As Follows:

| Earnings | rate | hours | this period |
|---|---|---|---|
| Regular | | | 1,073.88 (bi-weekly base salary) |
| Additional Pay | | | 109.58 |
| Reg. Week 1 | | 47 | |
| Reg. Week 2 | | 54 | |
| **Gross Pay** | | | **1,183.46** |

## II. Explanation of Pay Stub:

Regular Pay (bi-weekly base salary) = $536.94 x 2 = $1,073.88
If at anytime you have questions, concerns or need help interpreting plan/formula (fluctuating work week) is used.

$$\left( \frac{\text{Base weekly salary}}{\text{All hours worked in the week}} \right) \div 2 \times \text{all hours worked over 40 in the week} = \text{additional pay}$$

**WEEK 1** $\left( \frac{\$536.94}{47} \right) \div 2 \times (7) = \$39.98$

**WEEK 2** $\left( \frac{\$536.94}{54} \right) \div 2 \times (14) = \$69.60$

TOTAL ADDITIONAL PAY: $ 39.98 + $ 69.60 = $109.58

## III. Summary:

| | Hours Worked | Base Weekly Salary | | Additional Pay | | Total Week's Pay |
|---|---|---|---|---|---|---|
| WEEK 1 | 47 | $536.94 | + | $39.98 | = | $576.92 |
| WEEK 2 | 54 | $536.94 | + | $69.60 | = | $606.54 |
| TOTAL | | $1,073.88 | + | $109.58 | = | $1,183.46 |