# EXHIBIT 6



BED BATH &
BEYOND
Beyond any store of its kind.

Corporate Office:
650 Liberty Ave
Union, NJ 07083
(908) 688.0888

Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.
**************************************************************************

## TO BE COMPLETED BY HR/HIRING MANAGER

Associate Name: _Danyell_Thomas                    Location _NY0361_

Date of Hire : __12/7/2009_____
**************************************************************************

## HOURLY ASSOCIATE (To be completed by Hiring Manager)

Rate of pay:_____ per hour
Overtime rate of pay: _____ per hour
**************************************************************************

## DEPARTMENT MANAGER (To be completed by DHRM)

Base weekly salary: __1000.4__ (for all hours worked)*
Overtime rate of pay: rate fluctuates based on hours worked in excess of 40*

*As a Department Manager, your base weekly salary is compensation for all hours you have
worked in the week, regardless of the number of hours you work. You will also be paid an
additional amount for any hours worked over 40 in one week.  Please refer to the attached
Department Manager's Bi-Weekly Pay Stub for a detailed explanation.
**************************************************************************

## SALARIED MANAGER (To be completed by DHRM/RHRM/RDHR)

Annual salary: _____
Not eligible for overtime (Exempt)
**************************************************************************

## PAYDAY, ALL ASSOCIATES

Friday is the usual payday.  You will receive your paycheck every two weeks.  The check you
receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-
week pay period.
**************************************************************************

## TO BE COMPLETED BY ASSOCIATE

My primary language is _English_                    *

Associate Signature: _____        Date: _1 | 6 | 12_

*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish,
Russian or Spanish, they **must** be given a second copy of this form in that language.

**************************************************************************

Hiring Manager Signature _____        Date: _1 | 6 | 12_

The associate **must** receive a copy of this form.  The original form **must** be placed in associate's
personnel file.



Corporate Office:
650 Liberty Ave
Union, NJ 07083
(908) 688.0888

Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY HR/HIRING MANAGER

Associate Name: Danyell Thomas

Location: NY0361

Date of Hire: 12/7/2009
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## HOURLY ASSOCIATE (To be completed by Hiring Manager)

Rate of pay:  $ _____ per hour
Overtime rate of pay:  $ _____ per hour
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEPARTMENT MANAGER (To be completed by DHRM)

Base weekly salary: $ 1,045.88 (for all hours worked)*
Overtime rate of pay: <u>rate fluctuates based on hours worked in excess of 40</u>*

*\* As a Department Manager, your base weekly salary is compensation for all hours you have worked in the week, regardless of the number of hours you work. You will also be paid an additional amount for any hours worked over 40 in one week.  Please refer to the attached Department Manager's Bi-Weekly Pay Stub for a detailed explanation.*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SALARIED MANAGER (To be completed by DHRM/RHRM/RDHR)

Annual salary: $ _____
Not eligible for overtime (Exempt)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PAYDAY, ALL ASSOCIATES

Friday is the usual payday.  You will receive your paycheck every two weeks.  The check you receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-week pay period.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY ASSOCIATE

My primary language is English *

Associate Signature: _____     Date: 1/16/14

*\*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish, Russian or Spanish, they **must** be given a second copy of this form in that language.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hiring Manager Signature _____     Date: 1/16/14

The associate **must** receive a copy of this form.  The original form **must** be placed in associate's personnel file.

2014 NY0361



**BED BATH &
BEYOND**
Beyond any store of its kind.

Corporate Office:
650 Liberty Ave
Union, NJ 07083
(908) 688.0888

Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.
*********************************************************************************

### TO BE COMPLETED BY HR/HIRING MANAGER

Associate Name: **Danyell Thomas**

Date of Hire : **12 / 07 / 09**
*********************************************************************************

### HOURLY ASSOCIATE (To be completed by Hiring Manager)

Rate of pay:_____ per hour
Overtime rate of pay: _____ per hour
*********************************************************************************

### DEPARTMENT MANAGER (To be completed by DHRM)

Base weekly salary: **1045.69** (for all hours worked)*
Overtime rate of pay: rate fluctuates based on hours worked in excess of 40*

* *As a Department Manager, your base weekly salary is compensation for all hours you have
worked in the week, regardless of the number of hours you work. You will also be paid an
additional amount for any hours worked over 40 in one week. Please refer to the attached
Department Manager's Bi-Weekly Pay Stub for a detailed explanation.*
*********************************************************************************

### SALARIED MANAGER (To be completed by DHRM/RHRM/RDHR)

Annual salary: _____
Not eligible for overtime (Exempt)
*********************************************************************************

### PAYDAY, ALL ASSOCIATES

Friday is the usual payday. You will receive your paycheck every two weeks. The check you
receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-
week pay period.
*********************************************************************************

### TO BE COMPLETED BY ASSOCIATE

My primary language is **English** *

Associate Signature: _____ Date: **12 / 6 / 13**

*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish,
Russian or Spanish, they **must** be given a second copy of this form in that language.*

*********************************************************************************

Hiring Manager Signature _____ Date: **12 6 13**

The associate **must** receive a copy of this form. The original form **must** be placed in associate's
personnel file.

5/11

# BED BATH & BEYOND

Beyond any store of its kind.®

650 Liberty Ave
Union, NJ 07083
(908) 688.0888

Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.
**********************************************************************************

## TO BE COMPLETED BY HR/HIRING MANAGER

Associate Name: DanyellThomas     Location: NY0361

Date of Hire: 12/7/2009
**********************************************************************************

## HOURLY ASSOCIATE (To be completed by Hiring Manager)

Rate of pay:_____ per hour
Overtime rate of pay: _____ per hour
**********************************************************************************

## DEPARTMENT MANAGER (To be completed by DHRM)

Base weekly salary: $ 1000.364  (for all hours worked)*
Overtime rate of pay: <u>rate fluctuates based on hours worked in excess of 40</u>*

*As a Department Manager, your base weekly salary is compensation for all hours you have
worked in the week, regardless of the number of hours you work. You will also be paid an
additional amount for any hours worked over 40 in one week.  Please refer to the attached
Department Manager's Bi-Weekly Pay Stub for a detailed explanation.*
**********************************************************************************

## SALARIED MANAGER (To be completed by DHRM/RHRM/RDHR)

Annual salary: _____
Not eligible for overtime (Exempt)
**********************************************************************************

## PAYDAY, ALL ASSOCIATES

Friday is the usual payday.  You will receive your paycheck every two weeks.  The check you
receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-
week pay period.
**********************************************************************************

## TO BE COMPLETED BY ASSOCIATE

My primary language is _English_     *

Associate Signature: _____     Date: 1/2/13

*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish,
Russian or Spanish, they **must** be given a second copy of this form in that language.*
**********************************************************************************

Hiring Manager Signature _____ Date: _1.2.13_

The associate **must** receive a copy of this form.  The original form **must** be placed in associate's
personnel file.

12/12
NY0361