# **EXHIBIT 8**



**BED BATH & BEYOND**
*Beyond any store of its kind.*

Corporate Office:
650 Liberty Ave
Union, NJ 07083
(908) 688.0888

## Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.

*************************************************************************

### TO BE COMPLETED BY HR/HIRING MANAGER

Associate Name: Androae Whaley

Date of Hire: 7/18/11

*************************************************************************

### HOURLY ASSOCIATE (To be completed by Hiring Manager)

Rate of pay: _____ per hour
Overtime rate of pay: _____ per hour

*************************************************************************

### DEPARTMENT MANAGER (To be completed by DHRM)

Base weekly salary: 1101.40 (for all hours worked)*
Overtime rate of pay: rate fluctuates based on hours worked in excess of 40*

*As a Department Manager, your base weekly salary is compensation for all hours you have worked in the week, regardless of the number of hours you work. You will also be paid an additional amount for any hours worked over 40 in one week. Please refer to the attached Department Manager's Bi-Weekly Pay Stub for a detailed explanation.*

*************************************************************************

### SALARIED MANAGER (To be completed by DHRM/RHRM/RDHR)

Annual salary: _____
Not eligible for overtime (Exempt)

*************************************************************************

### PAYDAY, ALL ASSOCIATES

Friday is the usual payday. You will receive your paycheck every two weeks. The check you receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-week pay period.

*************************************************************************

### TO BE COMPLETED BY ASSOCIATE

My primary language is English *

Associate Signature: Andre Whaley    Date: 07/18/11

*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish, Russian or Spanish, they **must** be given a second copy of this form in that language.*

*************************************************************************

Hiring Manager Signature: _____    Date: 7/18/11

The associate **must** receive a copy of this form. The original form **must** be placed in associate's personnel file.

# BED BATH & BEYOND
### Beyond any store of its kind.

Corporate Office:
650 Liberty Ave
Union, NJ 07083
(908) 688.0888

Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.
*************************************************************************

## TO BE COMPLETED BY HR/HIRING MANAGER

Associate Name: _Andrae_Whaley_       Location _NY0042_

Date of Hire : __7/18/2011_____
*************************************************************************

## HOURLY ASSOCIATE (To be completed by Hiring Manager)

Rate of pay:_____ per hour
Overtime rate of pay: _____ per hour
*************************************************************************

## DEPARTMENT MANAGER (To be completed by DHRM)

Base weekly salary: __1101.6__ (for all hours worked)*
Overtime rate of pay: rate fluctuates based on hours worked in excess of 40*

* As a Department Manager, your base weekly salary is compensation for all hours you have worked in the week, regardless of the number of hours you work. You will also be paid an additional amount for any hours worked over 40 in one week. Please refer to the attached Department Manager's Bi-Weekly Pay Stub for a detailed explanation.
*************************************************************************

## SALARIED MANAGER (To be completed by DHRM/RHRM/RDHR)

Annual salary: _____
Not eligible for overtime (Exempt)
*************************************************************************

## PAYDAY, ALL ASSOCIATES

Friday is the usual payday. You will receive your paycheck every two weeks. The check you receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-week pay period.
*************************************************************************

## TO BE COMPLETED BY ASSOCIATE

My primary language is _English_____ *

Associate Signature: _[signature]_____ Date: _1/4/12_

*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish, Russian or Spanish, they **must** be given a second copy of this form in that language.

*************************************************************************
Hiring Manager Signature _[signature]_ Date: _1/4/12_

The associate **must** receive a copy of this form. The original form **must** be placed in associate's personnel file.

5/11

**BED BATH & BEYOND**
Beyond any store of its kind.

Corporate Office:
650 Liberty Ave
Union, NJ 07083
(908) 688.0888

Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.
*************************************************************************

### TO BE COMPLETED BY HR/HIRING MANAGER

Associate Name: AndraeWhaley    Location: NY0042

Date of Hire: 7/18/2011
*************************************************************************

### HOURLY ASSOCIATE (To be completed by Hiring Manager)

Rate of pay: _____ per hour
Overtime rate of pay: _____ per hour
*************************************************************************

### DEPARTMENT MANAGER (To be completed by DHRM)

Base weekly salary: $ 1131.688  (for all hours worked)*
Overtime rate of pay: <u>rate fluctuates based on hours worked in excess of 40</u>*

*As a Department Manager, your base weekly salary is compensation for all hours you have worked in the week, regardless of the number of hours you work. You will also be paid an additional amount for any hours worked over 40 in one week. Please refer to the attached Department Manager's Bi-Weekly Pay Stub for a detailed explanation.*
*************************************************************************

### SALARIED MANAGER (To be completed by DHRM/RHRM/RDHR)

Annual salary: _____
Not eligible for overtime (Exempt)
*************************************************************************

### PAYDAY, ALL ASSOCIATES

Friday is the usual payday. You will receive your paycheck every two weeks. The check you receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-week pay period.
*************************************************************************

### TO BE COMPLETED BY ASSOCIATE

My primary language is   English   *

Associate Signature: _____    Date: 1/1/13.

*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish, Russian or Spanish, they **must** be given a second copy of this form in that language.*
*************************************************************************

Hiring Manager Signature: M. Brown    Date: 1/1/13

The associate **must** receive a copy of this form. The original form **must** be placed in associate's personnel file.

12/12
NY0042

**BED BATH & BEYOND**
Beyond any store of its kind.

Corporate Office:
650 Liberty Ave
Union, NJ 07083
(908) 688.0888

Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.
*********************************************************************

**TO BE COMPLETED BY HR/HIRING MANAGER**

Associate Name: Andrae Whaley

Date of Hire: 7/18/11
*********************************************************************

**HOURLY ASSOCIATE** (To be completed by Hiring Manager)

Rate of pay: _____ per hour
Overtime rate of pay: _____ per hour
*********************************************************************

**DEPARTMENT MANAGER** (To be completed by DHRM)

Base weekly salary: 1156.584 (for all hours worked)*
Overtime rate of pay: rate fluctuates based on hours worked in excess of 40*

* As a Department Manager, your base weekly salary is compensation for all hours you have worked in the week, regardless of the number of hours you work. You will also be paid an additional amount for any hours worked over 40 in one week. Please refer to the attached Department Manager's Bi-Weekly Pay Stub for a detailed explanation.
*********************************************************************

**SALARIED MANAGER** (To be completed by DHRM/RHRM/RDHR)

Annual salary: _____
Not eligible for overtime (Exempt)
*********************************************************************

**PAYDAY, ALL ASSOCIATES**

Friday is the usual payday. You will receive your paycheck every two weeks. The check you receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-week pay period.
*********************************************************************

**TO BE COMPLETED BY ASSOCIATE**

My primary language is English *

Associate Signature: [signature]   Date: 8/09/13

*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish, Russian or Spanish, they **must** be given a second copy of this form in that language.
*********************************************************************

Hiring Manager Signature: M. Brown   Date: 8/9/13

The associate **must** receive a copy of this form. The original form **must** be placed in associate's personnel file.



**BED BATH & BEYOND**
*Beyond any store of its kind.*

Corporate Office:
650 Liberty Ave
Union, NJ 07083
(908) 688.0888

Notice and Acknowledgement of Pay Rate and Payday New York Locations Only
Must be completed, signed, filed and given to all new hires at orientation.
*****************************************************************

## TO BE COMPLETED BY HR/HIRING MANAGER

Associate Name: Andrae Whaley                                                              Location: NY0042

Date of Hire: 7/18/2011
*****************************************************************

### HOURLY ASSOCIATE (To be completed by Hiring Manager)

Rate of pay: $ _____ per hour
Overtime rate of pay: $ _____ per hour
*****************************************************************

### DEPARTMENT MANAGER (To be completed by DHRM)

Base weekly salary: $ 1,156.58 (for all hours worked)*
Overtime rate of pay: <u>rate fluctuates based on hours worked in excess of 40</u>*

*As a Department Manager, your base weekly salary is compensation for all hours you have worked in the week, regardless of the number of hours you work. You will also be paid an additional amount for any hours worked over 40 in one week. Please refer to the attached Department Manager's Bi-Weekly Pay Stub for a detailed explanation.*
*****************************************************************

### SALARIED MANAGER (To be completed by DHRM/RHRM/RDHR)

Annual salary: $ _____
Not eligible for overtime (Exempt)
*****************************************************************

### PAYDAY, ALL ASSOCIATES

Friday is the usual payday. You will receive your paycheck every two weeks. The check you receive is for all worked hours and paid non-worked hours (e.g. vacation) for the previous two-week pay period.
*****************************************************************

### TO BE COMPLETED BY ASSOCIATE

My primary language is ___English___*

Associate Signature: _____       Date: 1/21/14

*If the associate indicates their primary language is Chinese, Haitian-Creole, Korean, Polish, Russian or Spanish, they **must** be given a second copy of this form in that language.
*****************************************************************

Hiring Manager Signature: _____ Date: 1.21.14

The associate **must** receive a copy of this form. The original form **must** be placed in associate's personnel file.

2014 NY0042