# EXHIBIT 10

# Record of Associate Contact
## (Note to File)

REDACTED

This conversation is a result of:

Exposing Facial piercing (Nose Ring) while on the clock and on selling Floor.

I, Hector Caraballo, has spoken on Three occasion with REDACTED about wearing Facial piercing on selling floor. On 11-17-12 at about 2:45PM I REDACTED noticed again that was wearing the Nose Ring while on selling Floor. and again I asked her to remove it. It is a company policy that visible piercing other than the ears are not part of Dress code and and should be removed while working at Bed Bath and Beyond and on the clock. while representing the company.

Hector Caraballo
**Manager Print**

_Hector Caraballo_
**Manager Signature**

11-19-12
**Date**

Employee Initial

Refused to Initial
11-20-12

This form is to be completed citing specific reasons as to why a conversation was necessary. Be sure to include dates and times. Be very clear as to what policy was broken. Use this form only for a first incident and only on matters that do not warrant an immediate formal disciplinary notice.

# EMPLOYEE DISCIPLINARY NOTICE

Employee's Name: REDACTED                Date: 1/11/13

Date of hire: _____   SS# : _____   Store #: 1794

Circle one:        Termination              (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)    4. ( ) Failure to follow directions
2. ( ) Tardiness                                             5. (X) Violation of company rules
3. ( ) Improper conduct                                      6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On 1/11/13 REDACTED spoke to a Customer on the phone and the customer stated that she was over charged of a shower curtain that cost 7.95 Valensya proceeded to refund this item W/O verifying that the customer was (1) charged for 2 shower curtains and (2) only left with one.

C. Describe the Company's expectations of employee: The expectations of the Company is that you get a manager involved in situations such as this REDACTED which clearly did not do, we must varify that these pieces did not leave the building before processing a return.

D. Next disciplinary step: Any futher issues such as this can and will lead to futher displinary action up to and including seperation from the company

REDACTED

Bridgett Bell  _____    Hector Carabello  1-11-13   Employee's Signature Date
Manager's Name    Date       Manager's Name    Date     (This signature indicates that
                                                          employee is aware of this notice.)

Bridgett Bell  _____    _____  1-11-13
Manager's Signature Date     Manager's Signature  Date

(Once completed and signed, file in employee's personnel file.)              HR 026A 6/98

**ASSOCIATE DISCIPLINARY NOTICE**

REDACTED

Associate's Name: _____   Date: 4- 9- 13

Date of hire: _____   SS# : xxx-xx-_____   Store #: 1194

*(last four digits only)*

Circle one:        Termination        (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):

1. ( ) Absence (indicate if unreported, excessive, etc.)     4. ( ) Failure to follow directions
2. (✓) Tardiness                                              5. (✓) Violation of company rules
3. ( ) Improper conduct                                       6. (✓) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On Sat. 3/30/13   REDACTED   was schedule for work at 9:00AM. REDACTED come to work at 10:24AM. She did not report in advance that she was going to be late neither she seeked a manager to report that she arrived to the store. After clocking in @ 10:24AM she proceeded to the lockers area and didn't come to the Floor till 10:45 when she was finded

C. Describe the Company's expectations of associate: in the T.C. area. associate) are expected to report for work at their schedule time. associate) are expected to clock in when they are prepared and ready to adhere to their responsibilities at work on selling floor. Associate) should

D. Next disciplinary step: report to a manager when arrived late for work.

D- additional violations to issues mentioned above could result in additional warning and disciplinary action and/or termination of employment.

REDACTED

Hector Caraballo 4-9-13        4/9/13                    3/9/13
Manager's Name    Date   Manager's Name   Date          Associate's Signature   Date
                                                        (This signature indicates that
                                                        associate is aware of this notice.)

_____ 4-9-15   Taniesha 4/9/13
Manager's Signature   Date   Manager's Signature   Date

(Once completed and signed, file in associate's personnel file.)          HR 026A 11/11

**EMPLOYEE DISCIPLINARY NOTICE**

Employee's Name: REDACTED                    Date: May 11, 2013

Date of hire: _____   SS# : _____   Store #: 1194

Circle one:        Termination                    (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. (✓) Absence (indicate if unreported, excessive, etc.)     4. ( ) Failure to follow directions
2. (✓) Tardiness                                             5. ( ) Violation of company rules
3. ( ) Improper conduct                                      6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) REDACTED  was spoken to on February 8, 2013 and April 10, 2013 about her time and attendance. Since then she has been late and/or absent on the following dates:
April 19, 2013 - absent          May 3, 2013 - 17 mins late
April 26, 2013 - 29 mins late   May 4, 2013 - 37 mins late
April 30, 2013 - 8 mins late

C. Describe the Company's expectations of employee: Bed Bath and Beyond expects all their employees to report to work and be on time.

D. Next disciplinary step: Continue to failure to follow work schedule, inconsistent job performance, any violations of company's policies and procedures can lead to further disciplinary action up to and including termination.

Sha-Tanna Patrick   5-11-13     Hector Camball  5-11-13    REDACTED
Manager's Name       Date       Manager's Name   Date       Employee's Signature Date
                                                            (This signature indicates that
                                                            employee is aware of this notice.)
_____   5-11-13    _____  5-11-13
Manager's Signature  Date   Manager's Signature  Date

(Once completed and signed, file in employee's personnel file.)

HR 026A 6/98

## EMPLOYEE DISCIPLINARY NOTICE

Employee's Name: REDACTED          Date: 11|17|13

Date of hire: 09|16|89          SS# : _____          Store #: 1194

Circle one:          Termination          (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. (  ) Absence (indicate if unreported, excessive, etc.)    4. (  ) Failure to follow directions
2. (  ) Tardiness                                             5. (  ) Violation of company rules
3. (  ) Improper conduct                                     6. (✓) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On Saturday 11/16/13 REDACTED was asked to put up shelf talkers in seasonal electrics and the vacuums department. She stated to Hector that she completed the task but on Sunday 11/17/13 I noticed that 9 shelf talkers were missing in vacuums and one in seasonal electrics.

C. Describe the Company's expectations of employee: All employees are expected to complete all tasks assigned to them. If they are unable to complete the task they are expected to communicate honestly whether they completed it or not. Assigning the tasks is a measure of performance for the associates and are expected to be completed

D. Next disciplinary step: Failure to complete tasks and without communicating violates fixed both and seasonals generally accepted rules of conduct. Any further violation may result in further disciplinary actions up to and including termination.

Tamiesha Neil  11|17|13    Hector Caraballo    Date 11/17/13    REDACTED
Manager's Name    Date     Manager's Name     Date            Employee's Signature Date
                                                              (This signature indicates that
                                                              employee is aware of this notice.)
Tamiesha Neil  11|17|13     _____  11/17/13
Manager's Signature  Date    Manager's Signature    Date

(Once completed and signed, file in employee's personnel file.)

HR 026A 6/98

# Record of Associate Contact
## (Note to File)

REDACTED

This conversation is a result of:
Going on lunch Break while other associate from same Department was on Break at that time.

Due to coverage and to maximized customer service coverage, associates from same Department should not be on Break or off the Floor at the same time on any given day unless approved by a Manager.

On 2-4-15 REDACTED want on her lunch Break while Glejandro was still on his break, leaving selling Floor unattended.

Hector Caraballo     _____     2-6-15
Manager Print         Manager Signature        Date

REDACTED

Employee Initial

This form is to be completed citing specific reasons as to why a conversation was necessary. Be sure to include dates and times. Be very clear as to what policy was broken. Use this form only for a first incident and only on matters that do not warrant an immediate formal disciplinary notice.