# **EXHIBIT 11**

**BED BATH & BEYOND**
Beyond any store of its kind.

Name: REDACTED

**MERCHANDISING / STOCK (Page 1 of**

Store #: 1194   Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____
ANNUAL REVIEW DUE: _____
OTHER (_____ Review) due: _____
DATE OF HIRE: 9-6-09

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name: Hector Caraballo  Signature: _____  Position: AJM.
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating: E V G N U

### CUSTOMER SERVICE SKILLS

| Skill | Rating |
|---|---|
| Understands that the customer is our main priority and consistently maintains a customer focus. | G |
| Ensures a prompt, friendly approach to all customers. | G |
| Escorts customers seeking location(s) of specific merchandise. | G |
| Is alert to customer needs and offers a cart whenever appropriate. | G |
| Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | G |
| Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | G |
| Determines customer needs and works to add-on sell. | G |
| Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | G |
| Answers the phone promptly and uses proper phone etiquette. | G |

### TEAM SKILLS

| Skill | Rating |
|---|---|
| Demonstrates initiative and completes projects in a timely manner. | G |
| Accepts constructive criticism and acts upon it. | G |
| Maintains a positive outlook toward job. | G |
| Communicates effectively with Management and other associates. | G |
| Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | G |
| Is a team player. | G |
| Exhibits professional manner, dress and appearance at all times. | G |

### MERCHANDISING & DEPARTMENT MAINTENANCE

| Skill | Rating |
|---|---|
| Works to maintain selling floor standards and recovery of the department. | G |
| Is aware of product sell through and completes pull lists. | G |
| Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | G |
| Understands and utilizes JDA to resolve selling floor inquiries. | G |
| Adheres to shortage reduction and compliance procedures. | G |
| Safely handles equipment and maintains safety awareness. | G |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

MERCHANDISING / STOCK (Page 2 of

**1. ATTENDANCE & PUNCTUALITY:**            Acceptable __X__  Not Acceptable _____

**2. GOALS AND OBJECTIVES**
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- Did well learning suggested Rankings

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- No Items submitted thru out the year as a chaser

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- Submit one great Item every four months to be chased and Feature.
- Continue learning Bridal and Become a certified consultant.

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

- Knowledgable, understand Bridal
- Promptness
- Socializing a bit when store is

**3. OVERALL RATING FOR PERIOD**       .25       Circle one rating
                                                 E   V  (G)  N  U

Date of Review: 9-9-14

Reviewed associate's signature after review conference:        ud  9/9/14
                                                                      Date
REDACTED

Reviewer's signature after review conference:                  9.9.14
                                            Signature             Date

                                            Hector Caraballo  9.9.14
                                            Reviewer's Printed Name  Da

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**BED BATH & BEYOND**
Beyond any store of its kind.

MERCHANDISING / STOCK (Page 1 of 2)

Name: REDACTED   Store #: 1194   Date of review: January 2014

Circle review type & Indicate Date Due:
OTHER (_____ Review) due: _____

90 DAY REVIEW DUE: _____
ANNUAL REVIEW DUE: 1/3/2014
DATE OF HIRE: 1/3/2011

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Hector Caraballo | [signature] | ASM |
| Taniesha Nick | Taniesha Nick | Dept MGR |
| | | |
| | | |
| | | |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

Choose one rating: E (V) G N U

(Draw a line through any skill which isn't applicable.)

### CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus. — E (V) G N U
* Ensures a prompt, friendly approach to all customers. — E (V) G N U
* Escorts customers seeking location(s) of specific merchandise. — E (V) G N U
* Is alert to customer needs and offers a cart whenever appropriate. — E V (G) N U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. — E (V) G N U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. — E V (G) N U
* Determines customer needs and works to add-on sell. — E V (G) N U
* Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. — E (V) G N U
* Answers the phone promptly and uses proper phone etiquette. — E V (G) N U

### TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner. — E V (G) N U→
* Accepts constructive criticism and acts upon it. — E V (G) N U
* Maintains a positive outlook toward job. — E V (G) N U
* Communicates effectively with Management and other associates. — E V G (N) U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. — E V (G) N U
* Is a team player. — E V (G) N U
* Exhibits professional manner, dress and appearance at all times. — E V (G) N U

### MERCHANDISING & DEPARTMENT MAINTENANCE

* Works to maintain selling floor standards and recovery of the department. — E V (G) N U
* Is aware of product sell through and completes pull lists. — E V (G) N U
* Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. — E V (G) N U
* Understands and utilizes JDA to resolve selling floor inquiries. — E V (G) N U
* Adheres to shortage reduction and compliance procedures. — E V (G) N U
* Safely handles equipment and maintains safety awareness. — E V (G) N U

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

MERCHANDISING / STOCK (Page 2 of 2)

### 1. ATTENDANCE & PUNCTUALITY:

Acceptable ___✓___    Not Acceptable _____

### 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- Increased his ability to multitask. Lamont has strengthened his awareness of the selling floor standards. Complies with registry standards when servicing registrants and guests. Understands and utilizes JDA's when assisting customers.

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- REDACTED is still inconsistent with time and attendance.

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- REDACTED need to submit a department folder to management every week (includes dollar outs, maps, ranked depts, etc.)
- REDACTED need to assist in developing other associates on the sales floor.
- REDACTED must communicate issues with tasks delegated to him by management
- REDACTED must assist in scanning his assigned rooms by running suggested on a daily basis. [one room per shift]. and notifying management of any out of stock issues.

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not

- REDACTED has great product knowledge. Works well with other associates and creates a great shopping experience for customers.
- REDACTED Doesn't communicate tasking issues with management.

### 3. OVERALL RATING FOR PERIOD

Circle one rating
E  V  (G)  N  U

Date of Review: __January 2014__

Reviewed associate's signature after review conference:

REDACTED

Signature _____    Date: 01/28/14

Reviewer's signature after review conference:

Signature _____    Date: 1-28-14

Hector Caraballo    1-28-14
Reviewer's Printed Name    Date

.35
10.98 → 11.33

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)



**SALES FORCE PERFORMANCE REVIEW (Page 1 of 2)**

Name: REDACTED  Store #: 1194  Date of review: 11-19-14

Circle review type & Indicate Date Due:
90 DAY REVIEW DUE: _____  OTHER (____ Review) due: _____
ANNUAL REVIEW DUE: 1-3-2015
DATE OF HIRE: 1-3-2011

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name: Hector Caraballo  Signature: _____  Position: ASM
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE SKILLS** | | | | | |
| Understands that the customer is our main priority and consistently maintains a customer focus. | E | **V** | G | N | U |
| Ensures a prompt, friendly approach to all customers. | E | **V** | G | N | U |
| Escorts customers seeking location(s) of specific merchandise. | E | **V** | G | N | U |
| Is alert to customer needs and offers a cart whenever appropriate. | E | V | **G** | N | U |
| Determines customer needs and works to add-on/upgrade sell. | E | **V** | G | N | U |
| Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | **G** | N | U |
| Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | **G** | N | U |
| Works to expand product knowledge within home department. | E | V | **G** | N | U |
| Works to expand product knowledge throughout total store. | E | **V** | G | N | U |
| Answers phone promptly and uses proper phone etiquette. | E | V | **G** | N | U |
| **TEAM SKILLS** | | | | | |
| Demonstrates initiative and completes projects in a timely manner. | E | V | **G** | N | U |
| Accepts constructive criticism and acts upon it. | E | V | **G** | N | U |
| Maintains a positive outlook toward job. | E | V | **G** | N | U |
| Communicates effectively with Management and other associates. | E | V | G | **N** | U |
| Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | **G** | N | U |
| Is a team player. | E | **V** | G | N | U |
| Exhibits professional manner, dress and appearance at all times. | E | V | **G** | N | U |
| **OPERATIONS & PROCEDURES** | | | | | |
| Understands and utilizes JDA to resolve selling floor inquiries. | E | V | **G** | N | U |
| Is familiar with transfers, special orders, ship directs and follows through to completion. | E | V | **G** | N | U |
| Has developed knowledge of Bridal/Gift Registry service and adheres to all special operating procedures. | E | V | **G** | N | U |
| Responds to phone orders quickly, notifies customer and ensures resolution of orders. | E | V | **G** | N | U |
| Handles all paperwork with accuracy and efficiency. | E | V | **G** | N | U |
| Adheres to shortage reduction and compliance procedures. | E | V | **G** | N | U |
| Safely handles equipment and maintains a safety awareness. | E | V | **G** | N | U |

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07; rev 06/10)

SALES FORCE PERFORMANCE REVIEW (Page 2 of 2)

1. ATTENDANCE & PUNCTUALITY:     Acceptable ___X___  Not Acceptable _____

2. GOALS AND OBJECTIVES
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.
- Learned how to scan rooms.
- Great participation on beyond stores.

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.
- Did not take leadership role leading new associates
- Still lack a bit in communication
- Learning how to map rooms.

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)
- Develope himself in a leader and Guide, Teach new associates
- Get involve in maping rooms.

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.
1- Polite, willing to do extra work, great positive attitude, excellent on beyond stores.
2- Communication, too quite.

3. OVERALL RATING FOR PERIOD        Circle one rating
                                    E (V) G N U

Date of Review: __11-19-14__

REDACTED

Reviewed associate's signature after review conference:
Signature _____  Date 11-19-14

Reviewer's signature after review conference:
Signature _____  Date 11-19-14

Hector Caraballo    11-19-14
Reviewer's Printed Name    Date

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07; rev 06/10)