**BED BATH & BEYOND**
*Beyond any store of its kind*

MERCHANDISING / STOCK (Page 1 of 2)

Name: REDACTED   Store #: 1194   Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

OTHER ( ___ Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name: Hector Caraballo   Signature: _____   Position: ASM
Printed Name: Tamesha Nick   Signature: _____   Position: Dept MGR
Printed Name: _____   Signature: _____   Position: _____
Printed Name: _____   Signature: _____   Position: _____
Printed Name: _____   Signature: _____   Position: _____
Printed Name: _____   Signature: _____   Position: _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)                Choose one rating: E  V  G  N  U

### CUSTOMER SERVICE SKILLS

| Skill | Rating |
|---|---|
| Understands that the customer is our main priority and consistently maintains a customer focus. | G |
| Ensures a prompt, friendly approach to all customers. | G |
| Escorts customers seeking location(s) of specific merchandise. | V |
| Is alert to customer needs and offers a cart whenever appropriate. | G |
| Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | V |
| Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | N |
| Determines customer needs and works to add-on sell. | G |
| Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | V |
| Answers the phone promptly and uses proper phone etiquette. | V |

### TEAM SKILLS

| Skill | Rating |
|---|---|
| Demonstrates initiative and completes projects in a timely manner. | V |
| Accepts constructive criticism and acts upon it. | V |
| Maintains a positive outlook toward job. | V |
| Communicates effectively with Management and other associates. | V |
| Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | V |
| Is a team player. | V |
| Exhibits professional manner, dress and appearance at all times. | V |

### MERCHANDISING & DEPARTMENT MAINTENANCE

| Skill | Rating |
|---|---|
| Works to maintain selling floor standards and recovery of the department. | V |
| Is aware of product sell through and completes pull lists. | V |
| Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | V |
| Understands and utilizes JDA to resolve selling floor inquiries. | G |
| Adheres to shortage reduction and compliance procedures. | G |
| Safely handles equipment and maintains safety awareness. | V |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

MERCHANDISING / STOCK (Page 2 of 2)

1. ATTENDANCE & PUNCTUALITY:   Acceptable ✓  Not Acceptable ____

2. GOALS AND OBJECTIVES

**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

This is REDACTED first review.
- Since starting at 1194 REDACTED has accomplished good habits and demostrated pride and sense of urgency providing customer service.

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- Needs to get better knowledge in Bridal.

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- Get REDACTED knowledge of Bridal. Print and Sell of Paper.
- Be more consistent in Beyond stores by getting 1 per scheduled day.
- Engagement of customers / approach using "What can I help you find" in consistently.

**Strengths and Weaknesses:**   A   B
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

A - Puntual, honest to his responsabilities.
B - Not consistent greeting customers on regular basis

3. OVERALL RATING FOR PERIOD     Circle one rating
                                  E  V (G) N  U

Date of Review: 6/21/14

REDACTED

Reviewed associate's signature after review conference:
Signature _____ 6/21/2014  Date

Reviewer's signature after review conference:
Signature _____ 6/21/14  Date

Hector Caldodll   6/21/14
Reviewer's Printed Name   Date

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)



**BED BATH & BEYOND**
*Beyond any store of its kind.*

**SALES FORCE PERFORMANCE REVIEW (Page 1 of 2)**

Name: REDACTED _____ Store #: 1194 Date of review: 11-24-14

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____ OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: [x]
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name **Hector Caraballo** Signature _[signed]_ Position **ASM**
Printed Name _____ Signature _____ Position _____
Printed Name _____ Signature _____ Position _____
Printed Name _____ Signature _____ Position _____
Printed Name _____ Signature _____ Position _____
Printed Name _____ Signature _____ Position _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE SKILLS** | | | | | |
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | **(G)** | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | G | **(N)** | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | **(G)** | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | G | **(N)** | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | G | **(N)** | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | **(G)** | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | **(N)** | U |
| * Works to expand product knowledge within home department. | E | V | G | **(N)** | U |
| * Works to expand product knowledge throughout total store. | E | V | G | **(N)** | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | **(G)** | N | U |
| **TEAM SKILLS** | | | | | |
| * Demonstrates initiative and completes projects in a timely manner. | E | V | G | **(N)** | U |
| * Accepts constructive criticism and acts upon it. | E | V | **(G)** | N | U |
| * Maintains a positive outlook toward job. | E | V | **(G)** | N | U |
| * Communicates effectively with Management and other associates. | E | V | **(G)** | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | **(G)** | N | U |
| * Is a team player. | E | V | **(G)** | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | **(G)** | N | U |
| **OPERATIONS & PROCEDURES** | | | | | |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | G | **(N)** | U |
| * Is familiar with transfers, special orders, ship directs and follows through to completion. | E | V | G | **(N)** | U |
| * Has developed knowledge of Bridal/Gift Registry service and adheres to all special operating procedures. | E | V | G | **(N)** | U |
| * Responds to phone orders quickly, notifies customer and ensures resolution of orders. | E | V | **(G)** | N | U |
| * Handles all paperwork with accuracy and efficiency. | E | V | **(G)** | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | **(G)** | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | **(G)** | N | U |

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

SALES FORCE PERFORMANCE REVIEW (Page 2 of 2)

1. ATTENDANCE & PUNCTUALITY:     Acceptable ___X___ Not Acceptable _____

2. GOALS AND OBJECTIVES
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

This is REDACTED First Review
REDACTED has demostrated good attendance and bean outgoing friendly associate.

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- no taking her responsabilities to a higher degree and her job seriously.

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- Learn Bridal/Registry to be able to open Registry and escort customers as an expert.
- Consistency on Beyond Stores - one per shift
- Demostrate Seriousness toward her responsabilities at Bed Bath and Beyond.

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

1. Friendly, puntual
2. Inconsistency

3. OVERALL RATING FOR PERIOD         Circle one rating
                                      E  V  (G)  N  U

Date of Review: 11-24-14

REDACTED

Reviewed associate's signature after review conference:
Signature _____ Date 11-24-14

Reviewer's signature after review conference:
Signature _____ Date 11-24-14

Hector Caraballo   11-24-14
Reviewer's Printed Name   Date

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)



**SALES FORCE PERFORMANCE REVIEW (Page 1 of 2)**

Name: REDACTED　　　Store #: 1194　　　Date of review: 11-19-14

Circle review type & Indicate Date Due:
90 DAY REVIEW DUE: _____　　OTHER (_____) Review) due: _____
ANNUAL REVIEW DUE: 1-3-2015
DATE OF HIRE: 1-3-2014

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name: Hector Caraballo　　Signature: _____　　Position: ASM
Printed Name: _____　　Signature: _____　　Position: _____
Printed Name: _____　　Signature: _____　　Position: _____
Printed Name: _____　　Signature: _____　　Position: _____
Printed Name: _____　　Signature: _____　　Position: _____
Printed Name: _____　　Signature: _____　　Position: _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**
(Draw a line through any skill which isn't applicable.)

## CUSTOMER SERVICE SKILLS

| Skill | Rating |
|---|---|
| Understands that the customer is our main priority and consistently maintains a customer focus. | V |
| Ensures a prompt, friendly approach to all customers. | V |
| Escorts customers seeking location(s) of specific merchandise. | V |
| Is alert to customer needs and offers a cart whenever appropriate. | G |
| Determines customer needs and works to add-on/upgrade sell. | V |
| Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | G |
| Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | G |
| Works to expand product knowledge within home department. | G |
| Works to expand product knowledge throughout total store. | V |
| Answers phone promptly and uses proper phone etiquette. | G |

## TEAM SKILLS

| Skill | Rating |
|---|---|
| Demonstrates initiative and completes projects in a timely manner. | G |
| Accepts constructive criticism and acts upon it. | G |
| Maintains a positive outlook toward job. | G |
| Communicates effectively with Management and other associates. | N |
| Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | G |
| Is a team player. | V |
| Exhibits professional manner, dress and appearance at all times. | G |

## OPERATIONS & PROCEDURES

| Skill | Rating |
|---|---|
| Understands and utilizes JDA to resolve selling floor inquiries. | G |
| Is familiar with transfers, special orders, ship directs and follows through to completion. | G |
| Has developed knowledge of Bridal/Gift Registry service and adheres to all special operating procedures. | G |
| Responds to phone orders quickly, notifies customer and ensures resolution of orders. | G |
| Handles all paperwork with accuracy and efficiency. | G |
| Adheres to shortage reduction and compliance procedures. | G |
| Safely handles equipment and maintains a safety awareness. | G |

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

SALES FORCE PERFORMANCE REVIEW (Page 2 of 2)

Acceptable _____ X _____ Not Acceptable _____

**ATTENDANCE & PUNCTUALITY:**

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.
- Learned how to scan rooms.
- Great participation on beyond stores.

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.
- Did not take leadership role leading new associates
- Still lacks a bit in communication.
- Learning how to map rooms.

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)
- Develope himself in a leader and Guide, Teach new associates
- Get involve in mapping rooms.

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.
1 - Polite, willing to do extra work, Great positive attitude, excellent on beyond stores.
2 - communication, too quite.

Circle one rating
E (N) G N U

## 3. OVERALL RATING FOR PERIOD

Date of Review: 11-19-14

REDACTED

Reviewed associate's signature after review conference:

Signature _____ 11-19-14 Date

Reviewer's signature after review conference:

Signature _____ 11-19-1 Date

Hector Caraballo     11-19-1
Reviewer's Printed Name         Date

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07; rev 06/10)