# **EXHIBIT 12**

**Self Appraisal For Michelle**

**BED BATH & BEYOND**
Beyond any store of its kind.

ASSISTANT STORE MGR./OPERATIONS MGR. (Page 1 of 2)

Name: Hector Caraballo  Store #: 1194  Date of review: _____

KEY: SE – Significantly Exceeds Expectations, EE – Exceeds Expectations, ME – Meets Expectations
MS – Meets Some Expectations, DM – Doesn't Meet Expectations

| 1. PERFORMANCE SKILLS | Self Evaluation SE EE ME MS DM | SM's/DM's Evaluation If Different From Self Eval. |
|---|---|---|
| **CUSTOMER SERVICE** - overall rating | SE EE (ME) MS DM | |
| 1. Always leads by example the customer service standards which create positive experiences for employees and customers. | SE (EE) ME MS DM | |
| 2. Institutes practices which ensure that all opportunities to enhance customer service are pursued. | SE (EE) ME MS DM | |
| 3. Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | SE EE (ME) MS DM | MS |
| 4. Holds managers/staff accountable for maintaining customer service on the sales floor and front end. | SE EE (ME) MS DM | |
| 5. Ensures that customers are viewed as a priority. | SE EE (ME) MS DM | |
| 6. Properly staffs and schedules managers/associates to maximize coverage during peak traffic times. | SE EE (ME) MS DM | |
| **MERCHANDISING SKILLS** - overall rating | SE EE (ME) MS DM | |
| 1. Merchandises the selling floor with an appropriate fashion sense and taste level considering business trends and opportunities. | SE EE (ME) MS DM | |
| 2. Complies with Company guidelines regarding signage. | SE EE (ME) MS DM | MS |
| 3. Complies with Company guidelines regarding floor/department/item presentations. | SE EE (ME) MS DM | |
| 4. Ensures selling floor is maintained neatly. | SE EE (ME) MS DM | |
| 5. Communicates and works well with Regional/District Merchandise Managers. | SE EE (ME) MS DM | |
| 6. Orders/reorders appropriately. | SE EE ME (MS) DM | |
| 7. Knows what to feature; knows what's selling. | SE EE (ME) MS DM | |
| 8. Identifies, addresses and resolves out of stock situations. | SE EE (ME) MS DM | MS |
| 9. Identifies and communicates unique and individual store opportunities, focusing on the core customers needs. | SE EE (ME) MS DM | |
| **OPERATIONAL SKILLS** - overall rating | SE EE (ME) MS DM | |
| 1. Understands and executes principles of Process Improvement (PI). | SE EE (ME) MS DM | |
| 2. Effectively monitors freight received into store. | SE EE (ME) MS DM | |
| 3. Ensures all receiving policies/procedures are adhered to. | SE EE ME (MS) DM | |
| 4. Ensures stockrooms meet required Company standards (customer ready). | SE EE ME (MS) DM | MS |
| 5. Orders/reorders supplies appropriately. | SE EE (ME) MS DM | |
| 6. Monitors condition of RTV and ship out area. | SE EE (ME) MS DM | |
| 7. Ensures RTVs and shipouts are processed accurately and in a timely manner. | SE EE (ME) MS DM | |
| 8. ~~Works with office to resolve GIP issues.~~ | ~~SE EE ME MS DM~~ | |
| 9. Verifies all price management/PLU functions are being performed properly. | SE EE (ME) MS DM | |
| 10. Complies with Company standards for all operational policies and procedures. | SE EE (ME) MS DM | |
| 11. Ensures building maintenance. | SE (EE) ME MS DM | |
| 12. Secures the Company's assets by following all Loss Prevention directives. | SE EE (ME) MS DM | |
| 13. Understands markdown implications in regards to RTVs. | SE EE (ME) MS DM | |
| 14. Understands the financial implications of adhering to operational policies and procedures such as price changes, inventory and concealed shortages. | SE EE (ME) MS DM | |
| 15. Works in a safe manner and maintains safe, clean work environment. | SE EE (ME) MS DM | |
| 16. Understands and implements safety policies, standards and procedures (including accident reporting). | SE EE (ME) MS DM | |
| 17. Assures that Managers and hourly associates comply with safety policies and procedures. | SE EE (ME) MS DM | |
| 18. Takes action to immediately address unsafe issues. | SE EE (ME) MS DM | |
| 19. Effectively utilizes JDA. | SE (EE) ME MS DM | MS |
| 20. Effectively utilizes the Portal. | SE (EE) ME MS DM | ME |
| **INTERPERSONAL/MANAGEMENT SKILLS** - overall rating | SE EE (ME) MS DM | |
| 1. Provides ongoing training and <u>development for managers</u> and associates to contribute to the growing needs of the Company as well as the store. | SE EE (ME) MS DM | MS |
| 2. Effectively executes and adheres to the Management Development Program. | SE EE ME (MS) DM | |
| 3. Motivates staff to work at a consistently high level. | SE EE (ME) MS DM | EE |
| 4. Prepares, administers and/or gives input for timely and thorough performance reviews. | SE EE (ME) MS DM | |
| 5. Delegates and follows through on assignments. | SE EE (ME) MS DM | |
| 6. Accepts responsibility for actions. | SE EE (ME) MS DM | EE |
| 7. Communicates and works well with peers and subordinates. | SE EE (ME) MS DM | |
| 8. Anticipates and effectively resolves problems. | SE EE (ME) MS DM | |
| 9. Completes all necessary paperwork accurately and in a timely manner. | SE EE (ME) MS DM | |
| 10. Conducts disciplinary/counseling situations in a fair and constructive manner. | SE EE (ME) MS DM | |
| **PERSONAL WORK CHARACTERISTICS** - overall rating | SE EE ME MS DM | |
| 1. Exercises proper and ethical behavior at all times. | SE EE (ME) MS DM | |
| 2. Accomplishes objectives with a sense of urgency and with minimum supervision | SE EE (ME) MS DM | |
| 3. Works effectively under pressure. | SE EE (ME) MS DM | |
| 4. Seeks greater level of responsibility. | SE EE (ME) MS DM | |
| 5. Willing to work for good of the Company; is team player. | SE (EE) ME MS DM | |
| 6. Aptitude for dealing with people (tact). | SE EE (ME) MS DM | |
| 7. Controls documents and data. | SE EE ME (MS) DM | |
| 8. Understands importance of implications to intellectual integrity. | SE EE (ME) MS DM | |
| 9. Makes effective use of time. | SE EE (ME) MS DM | |
| 10. Promptness (tardiness) and attendance. | (SE) EE ME MS DM | ME |

Rev. 8/04; rev. 1/07

ASSISTANT STORE MGR./OPERATIONS MGR. (Page 1 of 2)

## 2. FINANCIAL PERFORMANCE

| Store # | Shrink % TY vs LY | DA% | Productivity % TY vs Plan |
|---|---|---|---|
|  |  |  |  |

## 3. GOALS AND OBJECTIVES

### A. Objectives Accomplished
List the specific goals and objectives accomplished by the employee during the appraisal period, compared with the results expected from goals established at previous review or during the period.

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

### B. Unaccomplished Objectives
List the specific goals and objectives not accomplished by the employee during the appraisal period, compared with the expected results as defined in previous review or during the period.

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

### C. Goals and Objectives for next Review Period:
Identify 2-3 quantitative and/or qualitative goals or objectives the employee should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## 4. OVERALL RATING FOR PERIOD

SE  EE  (ML)  MS  DM

Name: HECTOR CARABANCO

Store name and number: 1194

Date of hire: _____

Date of review: 10-31-13

Reviewed employee's signature after review conference: _____ 10-31-13
Signature                                              Date

Reviewer's signature after review conference: _____ 10-31-13
Signature                                              Date

BASTA  10-31-13
Reviewer's Printed Name

Rev. 8/04; rev. 1/07

**BED BATH & BEYOND**
*Beyond any store of its kind.*

Name: Hector Caraballo   Store #: 1194   Date of review: _____

ASSISTANT STORE MGR./OPERATIONS MGR. (Page 1 of 2)

KEY: SE - Significantly Exceeds Expectations, EE - Exceeds Expectations, ME - Meets Expectations
MS - Meets Some Expectations, DM - Doesn't Meet Expectations

| 1. PERFORMANCE SKILLS | Self Evaluation | SM's/DM's Evaluation If Different From Self Eval. |
|---|---|---|
| | SE EE ME MS DM | MS |
| **CUSTOMER SERVICE** - overall rating | SE EE ME MS DM | ME |
| 1. Always leads by example the customer service standards which create positive experiences for employees and customers. | SE EE (ME) MS DM | — |
| 2. Institutes practices which ensure that all opportunities to enhance customer service are pursued. | SE EE (ME) MS DM | MS |
| 3. Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | SE EE ME (MS) DM | |
| 4. Holds managers/staff accountable for maintaining customer service on the sales floor and front end. | SE EE (ME) MS DM | MS |
| 5. Ensures that customers are viewed as a priority. | SE EE (ME) MS DM | |
| 6. Properly staffs and schedules managers/associates to maximize coverage during peak traffic times. | SE EE (ME) MS DM | |

KTC, Scanning, Replenishment?
Coaching in the Moment + Two Minute Trainings

| **MERCHANDISING SKILLS** - overall rating | SE EE ME MS DM | MS |
|---|---|---|
| 1. Merchandises the selling floor with an appropriate fashion sense and taste level considering business trends and opportunities. | SE EE (ME) MS DM | MS |
| 2. Complies with Company guidelines regarding signage. | SE EE ME (MS) DM | |
| 3. Complies with Company guidelines regarding floor/department/item presentations. | SE EE (ME) MS DM | MS |
| 4. Ensures selling floor is maintained neatly. | SE EE (ME) MS DM | |
| 5. Communicates and works well with Regional/District Merchandise Managers. | SE EE (ME) MS DM | MS |
| 6. Orders/reorders appropriately. | SE EE (ME) MS DM | MS |
| 7. Knows what to feature; knows what's selling. | SE EE (ME) MS DM | |
| 8. Identifies, addresses and resolves out of stock situations. | SE EE (ME) MS DM | MS |
| 9. Identifies and communicates unique and individual store opportunities, focusing on the core customers needs. | SE EE (ME) MS DM | MS |

Driving Sales w/ Merchandising
Core Control, Full, Team Guides/Specs
Task list follow up?
Builds Submitted on Time
Transfer Requests, Ordering A+SIG
Chase Items?

| **OPERATIONAL SKILLS** - overall rating | SE EE ME MS DM | MS |
|---|---|---|
| 1. Understands and executes principles of Process Improvement (PI). | SE EE (ME) MS DM | MS |
| 2. Effectively monitors freight received into store. | SE EE (ME) MS DM | |
| 3. Ensures all receiving policies/procedures are adhered to. | SE EE (ME) MS DM | MS |
| 4. Ensures stockrooms meet required Company standards (customer ready). | SE EE ME (MS) DM | |
| 5. Orders/reorders supplies appropriately. | SE EE (ME) MS DM | MS |
| 6. Monitors condition of RTV and ship out area. | SE EE (ME) MS DM | |
| 7. Ensures RTVs and shipouts are processed accurately and in a timely manner. | SE EE (ME) MS DM | |
| 8. Works with office to resolve CIP issues. | SE EE (ME) MS DM | |
| 9. Verifies all price management/PLU functions are being performed properly. | SE EE (ME) MS DM | MS |
| 10. Complies with Company standards for all operational policies and procedures. | SE EE (ME) MS DM | |
| 11. Ensures building maintenance. | SE EE (ME) MS DM | MS |
| 12. Secures the Company's assets by following all Loss Prevention directives. | SE EE (ME) MS DM | |
| 13. Understands markdown implications in regards to RTVs. | SE EE (ME) MS DM | MS |
| 14. Understands the financial implications of adhering to operational policies and procedures such as price changes, inventory and concealed shortages. | SE EE (ME) MS DM | MS |
| 15. Works in a safe manner and maintains safe, clean work environment. | SE EE (ME) MS DM | |
| 16. Understands and implements safety policies, standards and procedures (including accident reporting). | SE EE (ME) MS DM | |
| 17. Assures that Managers and hourly associates comply with safety policies and procedures. | SE EE (ME) MS DM | |
| 18. Takes action to immediately address unsafe issues. | SE EE (ME) MS DM | |
| 19. Effectively utilizes JDA. | SE EE ME (MS) DM | |
| 20. Effectively utilizes the Portal. | SE EE (ME) MS DM | MS |

Dollar Outs, Monday Email Review
Computer Books, Displays?
Walks GWP/Rebates?
Clean Shelves, Painting, Ordering Replacement Fixtures
Aged Merchandise, Pulling in Shape
4' Transitions, Business Rule, WTF

| **INTERPERSONAL/MANAGEMENT SKILLS** - overall rating | SE EE ME MS DM | MS |
|---|---|---|
| 1. Provides ongoing training and development for managers and associates to contribute to the growing needs of the Company as well as the store. | SE EE (ME) MS DM | MS |
| 2. Effectively executes and adheres to the Management Development Program. | SE EE (ME) MS DM | |
| 3. Motivates staff to work at a consistently high level. | SE EE (ME) MS DM | MS |
| 4. Prepares, administers and/or gives input for timely and thorough performance reviews. | SE EE (ME) MS DM | |
| 5. Delegates and follows through on assignments. | SE EE (ME) MS DM | MS |
| 6. Accepts responsibility for actions. | SE EE (ME) MS DM | MS |
| 7. Communicates and works well with peers and subordinates. | SE EE (ME) MS DM | |
| 8. Anticipates and effectively resolves problems. | SE EE (ME) MS DM | MS |
| 9. Completes all necessary paperwork accurately and in a timely manner. | SE EE (ME) MS DM | MS |
| 10. Conducts disciplinary/counseling situations in a fair and constructive manner. | SE EE (ME) MS DM | |

MDP Follow up
Coaching in the Moment?
Two Minute Trainings
Hold to Higher Standards
Dollar Outs? Displays/Walks
Completion of Walk Notes
Accepts but no change
Future Planning
Large Own Chases

| **PERSONAL WORK CHARACTERISTICS** - overall rating | SE EE ME MS DM | ME |
|---|---|---|
| 1. Exercises proper and ethical behavior at all times. | SE EE (ME) MS DM | |
| 2. Accomplishes objectives with a sense of urgency and with minimum supervision | SE EE (ME) MS DM | MS |
| 3. Works effectively under pressure. | SE EE (ME) MS DM | |
| 4. Seeks greater level of responsibility. | SE EE (ME) MS DM | |
| 5. Willing to work for good of the Company; is team player. | SE EE (ME) MS DM | |
| 6. Aptitude for dealing with people (tact). | SE EE (ME) MS DM | MS |
| 7. Controls documents and data. | SE EE (ME) MS DM | |
| 8. Understands importance of implications to intellectual integrity. | SE EE (ME) MS DM | |
| 9. Makes effective use of time. | SE EE ME (MS) DM | |
| 10. Promptness (tardiness) and attendance. | SE EE (ME) MS DM | MS |

Supervision Required

Tardy end of days - Long Commute

Rev. 8/04; rev. 1/07

ASSISTANT STORE MGR./OPERATIONS MGR. (Page 1 of 2)

## 2. FINANCIAL PERFORMANCE

| Store # | Shrink %  TY vs LY | DA% | Productivity %  TY vs Plan |
|---|---|---|---|
|  |  |  |  |

## 3. GOALS AND OBJECTIVES

### A. Objectives Accomplished
List the specific goals and objectives accomplished by the employee during the appraisal period, compared with the results expected from goals established at previous review or during the period.

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

### B. Unaccomplished Objectives
List the specific goals and objectives not accomplished by the employee during the appraisal period, compared with the expected results as defined in previous review or during the period.

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

### C. Goals and Objectives for next Review Period:
Identify 2-3 quantitative and/or qualitative goals or objectives the employee should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
| 1- Learn all aspects of Bridal Registry | |
| 2- Get Better at Time Management | |

## 4. OVERALL RATING FOR PERIOD

Name: Hector Campbell

Date of hire: 10/13/2008

SE  EE  ME  MS  DM     MS

Store name and number: Tribeca 1194

Date of review: 12/11/14

Signature _____ 12-11-14

Reviewed employee's signature after review conference:

Reviewer's signature after review conference:

Signature _____ 12/11/14

Reviewer's Printed Name: James Fenton   12/11/14

All MS + DM Items must show immediate improvement within the next 60 days, Hector's Performance will be reviewed in February of 2015.

Rev. 8/04; rev. 1/07