

**Earnings Statement**

BED BATH & BEYOND INC.
PO BOX 3759
UNION, NJ 07083-3759
ATTN: PAYROLL DEPT

Period Beginning: 09/03/2012
Period Ending: 09/16/2012
Pay Date: 09/20/2012

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  NY: 3
  New York Cit: 3

Social Security Number: XXX-XX-XXXX

HECTOR CARABALLO
265-01 85TH AVE
FLORAL PARK NY 11001

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 2,411.54 | 45,821.18 |
| Additional Pay | | | 300.08 | 5,115.28 |
| Comp Week1 | | 9.50 | | |
| Regular Week1 | | 43.75 | | |
| Regular Week2 | | 53.25 | | |
| **Gross Pay** | | | **$2,711.62** | **50,936.46** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hours | 106.50 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 908-688-0888

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -240.14 | 4,545.99 |
| | Social Security Tax | -108.11 | 2,049.42 |
| | Medicare Tax | -37.33 | 707.54 |
| | NY State Income Tax | -127.84 | 2,421.87 |
| | New York Cit Income Tax | -78.44 | 1,466.02 |
| | NY SUI/SDI Tax | -1.20 | 22.80 |
| | Other | | |
| | Checking | -100.00 | |
| | Checking 2 | -1,880.55 | |
| | Life | -0.44 | |
| | Medical | -137.57* | |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,574.05

**EXHIBIT E**