# EXHIBIT 2



**BED BATH & BEYOND**
Beyond any store of its kind.

ASSISTANT STORE MGR./OPERATIONS MGR. (Page 1 of 2)

Name: Brian LaForest    Store #: 361    Date of review: _____

KEY: SE - Significantly Exceeds Expectations, EE - Exceeds Expectations, ME - Meets Expectations
MS - Meets Some Expectations, DM - Doesn't Meet Expectations

| 1. PERFORMANCE SKILLS | Self Evaluation<br>SE EE ME MS DM | SM's/DM's Evaluation<br>If Different From Self Eval. |
|---|---|---|
| **CUSTOMER SERVICE - overall rating** | SE EE (ME)(MS) DM | |
| 1. Always leads by example the customer service standards which create positive experiences for employees and customers. | SE EE (ME) MS DM | ME |
| 2. Institutes practices which ensure that all opportunities to enhance customer service are pursued. | SE EE ME (MS) DM | ME |
| 3. Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | SE EE ME (MS) DM | MS |
| 4. Holds managers/staff accountable for maintaining customer service on the sales floor and front end. | SE EE ME (MS) DM | MS |
| 5. Ensures that customers are viewed as a priority. | SE EE (ME) MS DM | ME |
| 6. Properly staffs and schedules managers/associates to maximize coverage during peak traffic times. | SE EE ME (MS) DM | ME |
| **MERCHANDISING SKILLS - overall rating** | SE EE ME (MS) DM | |
| 1. Merchandises the selling floor with an appropriate fashion sense and taste level considering business trends and opportunities. | SE EE ME (MS) DM | MS |
| 2. Complies with Company guidelines regarding signage. | SE EE ME (MS) DM | MS |
| 3. Complies with Company guidelines regarding floor/department/item presentations. | SE EE ME (MS) DM | MS |
| 4. Ensures selling floor is maintained neatly. | SE EE ME (MS) DM | MS |
| 5. Communicates and works well with Regional/District Merchandise Managers. | SE EE (ME) MS DM | ME |
| 6. Orders/reorders appropriately. | SE EE (ME) MS DM | ME |
| 7. Knows what to feature; knows what's selling. | SE EE (ME) MS DM | ME |
| 8. Identifies, addresses and resolves out of stock situations. | SE EE ME (MS) DM | ME |
| 9. Identifies and communicates unique and individual store opportunities, focusing on the core customers needs. | SE EE ME (MS) DM | MS |
| **OPERATIONAL SKILLS - overall rating** | SE EE (ME) MS DM | |
| 1. Understands and executes principles of Process Improvement (PI). | SE EE ME (MS) DM | MS |
| 2. Effectively monitors freight received into store. | SE EE (ME) MS DM | ME |
| 3. Ensures all receiving policies/procedures are adhered to. | SE EE (ME) MS DM | ME |
| 4. Ensures stockrooms meet required Company standards (customer ready). | SE EE ME (MS) DM | MS |
| 5. Orders/reorders supplies appropriately. | SE EE (ME) MS DM | ME |
| 6. Monitors condition of RTV and ship out area. | SE EE ME (MS) DM | ME |
| 7. Ensures RTVs and shipouts are processed accurately and in a timely manner. | SE EE ME (MS) DM | MS |
| 8. Works with office to resolve CIP issues. | SE EE (ME) MS DM | ME |
| 9. Verifies all price management/PLU functions are being performed properly. | SE EE (ME) MS DM | ME |
| 10. Complies with Company standards for all operational policies and procedures. | SE EE (ME) MS DM | ME |
| 11. Ensures building maintenance. | SE EE ME (MS) DM | ME |
| 12. Secures the Company's assets by following all Loss Prevention directives. | SE EE (ME) MS DM | ME |
| 13. Understands markdown implications in regards to RTVs. | SE EE (ME) MS DM | ME |
| 14. Understands the financial implications of adhering to operational policies and procedures such as price changes, inventory and concealed shortages. | SE EE (ME) MS DM | ME |
| 15. Works in a safe manner and maintains safe, clean work environment. | SE EE (ME) MS DM | ME |
| 16. Understands and implements safety policies, standards and procedures (including accident reporting). | SE EE (ME) MS DM | ME |
| 17. Assures that Managers and hourly associates comply with safety policies and procedures. | SE EE (ME) MS DM | ME |
| 18. Takes action to immediately address unsafe issues. | SE EE ME (MS) DM | ME |
| 19. Effectively utilizes JDA. | SE EE (ME) MS DM | ME |
| 20. Effectively utilizes the Portal. | SE EE (ME) MS DM | ME |
| **INTERPERSONAL/MANAGEMENT SKILLS - overall rating** | SE EE (ME) MS DM | |
| 1. Provides ongoing training and development for managers and associates to contribute to the growing needs of the Company as well as the store. | SE EE (ME) MS DM | ME |
| 2. Effectively executes and adheres to the Management Development Program. | SE EE (ME) MS DM | ME |
| 3. Motivates staff to work at a consistently high level. | SE EE (ME) MS DM | ME |
| 4. Prepares, administers and/or gives input for timely and thorough performance reviews. | SE EE (ME) MS DM | ME |
| 5. Delegates and follows through on assignments. | SE EE ME (MS) DM | MS |
| 6. Accepts responsibility for actions. | SE EE (ME) MS DM | ME |
| 7. Communicates and works well with peers and subordinates. | SE EE (ME) MS DM | ME |
| 8. Anticipates and effectively resolves problems. | SE EE (ME) MS DM | ME |
| 9. Completes all necessary paperwork accurately and in a timely manner. | SE EE (ME) MS DM | ME |
| 10. Conducts disciplinary/counseling situations in a fair and constructive manner. | SE EE ME (MS) DM | MS |
| **PERSONAL WORK CHARACTERISTICS - overall rating** | SE EE (ME) MS DM | ME |
| 1. Exercises proper and ethical behavior at all times. | SE EE (ME) MS DM | ME |
| 2. Accomplishes objectives with a sense of urgency and with minimum supervision | SE EE (ME) MS DM | ME |
| 3. Works effectively under pressure. | SE EE (ME) MS DM | ME |
| 4. Seeks greater level of responsibility. | SE EE (ME) MS DM | ME |
| 5. Willing to work for good of the Company; is team player. | SE EE (ME) MS DM | ME |
| 6. Aptitude for dealing with people (tact). | SE EE (ME) MS DM | ME |
| 7. Controls documents and data. | SE EE (ME) MS DM | ME |
| 8. Understands importance of implications to intellectual integrity. | SE EE ME (MS) DM | ME |
| 9. Makes effective use of time. | SE EE ME (MS) DM | MS |
| 10. Promptness (tardiness) and attendance. | SE (EE) ME MS DM | EE |

Rev. 8/04; rev. 1/07

ASSISTANT STORE MGR./OPERATIONS MGR. (Page 1 of 2)

## 2. FINANCIAL PERFORMANCE

| Store # | Shrink % TY vs LY | DA% | Productivity % TY vs Plan |
|---|---|---|---|
| | | | |

## 3. GOALS AND OBJECTIVES

### A. Objectives Accomplished
List the specific goals and objectives accomplished by the employee during the appraisal period, compared with the results expected from goals established at previous review or during the period.

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
| | |

### B. Unaccomplished Objectives
List the specific goals and objectives not accomplished by the employee during the appraisal period, compared with the expected results as defined in previous review or during the period.

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
| | |

### C. Goals and Objectives for next Review Period:
Identify 2-3 quantitative and/or qualitative goals or objectives the employee should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

| SELF EVALUATION: | SUPERVISOR'S EVALUATION: |
|---|---|
| | |

## 4. OVERALL RATING FOR PERIOD

Name: Erja Lafuest

Date of hire: _____

SE  EE  ME  MS  DM    Low  ME

Store name and number: 36

Date of review: 10/31/13

Reviewed employee's signature after review conference: [signature] 10/31/13

Reviewer's signature after review conference: [signature] 10/31/13

Reviewer's Printed Name: D. M.S.S

Rev. 8/04; rev. 1/07

Bryan LaForest
Review 2012

Objectives Accomplished

1. Bryan was in charge of overseeing the beauty dept at 1194. During that time he was exposed to ordering for Harmon, shelf management, and daily upkeep.
2. Bryan was successful at setting up all seasonal change over's as well as assisting others with maps.
3. Bryan played as key roll in training the new managers that came to the building.

Unaccomplished Objectives

1. Bryan was not successful with learning the ops portion of his job. To include all reporting as well as CIP and RTV.
2. Bryan struggles with the shrink plan and compliance for 1194.
3. Bryan sometimes struggles with day to day functions of being a senior manager.

Goals and Objectives for next review period

1. Bryan needs to learn and the policy and procedures for the Baby
2. Beyond Store reporting is still a struggles. Bryan needs to utilize the reporting on a daily basis to better train his people.
3. Bridal is still an opportunity for Bryan and his team.
4. Bryan needs to partner with this peers more when it comes to merchandising. Although his skills are getting better there is still room for improvement.
5. Bryan needs to learn the operations of the

# EXHIBIT 3

12-21-'16 11:31 FROM- T-... ...

Guy Robert Desir
Assistant Manager #135
DOH: 6/4/12
October 17, 2016
Record of Conversation

Today, 10/17/16 Matt Etringer (SM) and Jesus Cardenas (AM) had a conversation with Guy Robert Desir (Assistant Manager) regarding his performance; relating specifically to his lack of professionalism.

Jesus and Matt explained to Guy that they were speaking to him in reference to concerns that came up during the engaging store visit that was conducted by Jesus. Matt and Jesus explained that the Associates in the store felt that he was not approachable and that he tends to pick on people rather than being fair and equal.

Matt and Jesus further explained that the Associates feel like he speaks down to them and that once he goes after you for something he continues to harp on you for all things.

Matt and Jesus explained to Guy that he needs to take a different approach with the Associates in order to properly motivate them and assist in increasing the morale in the store.

Matt and Jesus expressed their disappointment in Guy's lack of professionalism in his decision making and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment

_____
Jesus Cardenas
Area Manager


_____
Matt Etringer
Store Manager

**Guy Robert Desir**
**Assistant Manager #135**
**DOH: 6/4/12**
**October 8, 2016**
**Record of Conversation**

Today, 10/8/16 Matt Etringer (SM) had a conversation with Guy Robert Desir (Assistant Manager) regarding his performance; relating specifically to his failing to turn in assignments on time.

It was explained to Guy that he failed to turn reviews on time. Matt reminded Guy that they had spoken about this several times and that his own self evaluation was handed in incomplete with no goals or objectives. Guy stated that the review was so negative, that his goal was to be an Operations Manager.

Matt explained to Guy that attitude and response was unacceptable as was the untimely writing/administration of the reviews.

Matt explained to Guy that he expects him and any other Manager to be following up on all areas of responsibility within her role, and that failing to do so negatively effects the overall performance of the building.

Matt expressed his disappointment in Guy's lack of follow through and explained the expectations that Bed Bath & Beyond has for all managers, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

*Matt Etringer*
Matt Etringer
Store Manager

Guy Robert Desir
Assistant Manager #135
DOH: 6/4/12
October 3, 2016
Record of Conversation

Today, 10/3/16 Matt Etringer (SM) had a conversation with Guy Desir (Assistant Manager) regarding his performance.

Today, Matt specifically addressed Guy's inability to forecast and resolve problems in the store. While the SM was on vacation, Guy was aware that one of the Department Managers had resigned and would not be there the following week.

Guy made no attempt to do anything to cover the department and fill shifts. Matt explained to Guy how this resulted in a lack of keys to coverage, customer service and missed sales opportunities.

Matt also spoke to Guy regarding cookware sets not being on the sales floor and missing signs on the gadget wall. Guy was reminded that he needed to follow up on these tasks and that both of these issues will result in lost sales.

Matt expressed their disappointment in Guy's actions, and made it clear that any violations of these rules or any other action, which in the opinion of Management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

_____
Matt Etringer
Store Manager

Guy Robert Desir
Assistant Manager #135
DOH: 6/4/12
August 23, 2016
Record of Conversation

Today, 8/23/16 Jesus Cardenas (AM) had a conversation with Guy Robert Desir (Assistant Manager) regarding his performance; relating specifically to failing to monitor meal breaks.

On 8/17/16 Associate Ducilla Guthrie worked over her scheduled hours and did not take a meal break. Guy was advised to take the following steps to ensure this does not happen again:

- *Print and carry the daily planner. Guy should review the break schedule with those involved and communicate to ensure they are aware. Any possible deviation should be communicated back to him.*

- *Guy should review with the managers scheduled during his shift, that they should not be extending anyone's shift without prior authorization from the LOD.*

- *While lapping the store, he should monitor associate schedules to ensure they are not extending their shift without authorization.*

- *Daily planners should be posted at each desk to ensure that each Associate knows when their break is scheduled.*

Guy was advised about the importance of ensuring all Associates that are working six hours or more get their lunch break.

Additionally, Guy was reminded of the importance of monitoring the breaks as well.

Jesus expressed his disappointment in Guy's lack of follow through, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment

*[signature]*
Jesus Cardenas
Area Manager

Guy Robert Desir
Assistant Manager #135
DOH: 6/4/12
June 6, 2016
Record of Conversation

Today, 6/6/16 Matt Etringer (SM) had a conversation with Guy Desir (Assistant Manager) regarding his performance; relating specifically to failing to monitor meal breaks.

On 5/31/16 Associate Haydee failed to take a meal break during Guy's LOD shift.

Guy was advised about the importance of ensuring all Associates that are working six hours or more get their lunch break.

Guy stated he understood the process and the importance of getting the Associates out for a break. However, he was unaware of anyone needing to stay. Guy was directed to be sure to have a conversation with the Front End Manager to address the issue.

Matt expressed his disappointment in Guy's performance, and made it clear that any reoccurrence of this or any other violation of company policy or inconsistent work performance will result in further corrective action, up to and including termination.

*[signature]*
Matt Etringer
Store Manager

Bryan LaForest
Assistant Manager #467
DOH: 6/13/06
August 22, 2016
Job In Jeopardy

Today, 8/15/16, Keith Haack (SM) and Kim Campbell (DHRM) had a conversation with Bryan LaForest (ASM) regarding his performance, relating specifically to his locking an associate in the building after hours as well as not following the proper closing procedures.

It was outlined for Bryan that on 8/12/16 he alarmed and left the building without verifying that everyone had left. An Associate came to the front of the store and realized that they had been left in the building and did not have phone numbers for the Senior Staff. The Associates triggered the alarm which generated a call to multiple managers but the Associate left with the building unsecure.

It was outlined for Bryan that by not following the closing procedures and not verifying everyone had left the building, he put Associates in a potentially harmful situation and left the building at risk and his job in jeopardy.

It was explained to Bryan that he must do a better job walking the store prior to leaving, communicate with others closing managers to ensure each individual on the cover sheet was let out of the building and making announcements prior to leaving.

Bryan understands that he has to follow all of the proper closing procedures and that if something like this were ever to happen again, he would be terminated.

Kim and Keith expressed their disappointment in Bryan's actions, and clearly reiterated the expectations that Bed Bath & Beyond has for all managers. It was made clear to Bryan that any violations or any other actions which in the opinion of management is detrimental to the orderly conduct or integrity of the business will result in disciplinary action up to and including immediate termination of employment.

_____
Kim Campbell
DHRM

_____
Keith Haack
Store Manager

**Bryan LaForest**
**Assistant Manager #467**
**DOH: 6/13/06**
**September 9, 2016**
**Record of Conversation**

Today, 9/9/16 Keith Haack (SM) had a conversation with Bryan Laforest (ASM) regarding his performance; relating specifically to failing to monitor minor schedules.

Bryan was advised about the importance of ensuring all minor Associates are scheduled for less hours than allowed in order to leave a cushion of time to stay compliant with New York State law.

Bryan was reminded that he had scheduled a minor for a fivehour shift on her first day back to school.

Bryan has been retrained and understands that he is to ensure that all minors are scheduled correctly and that we must follow all minor laws.

Keith expressed her disappointment in Bryan's lack of follow through, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

_____
Keith Haack
Store Manager

Bryan LaForest
Assistant Manager #467
DOH: 6/13/06
August 9, 2016
Record of Conversation

Today, 8/9/16, Keith Haack (Store Manager) had a conversation with Bryan Laforest (Assistant Manager) regarding his performance.

It was explained to Bryan that he had failed to be present on the July shrink and safety call. Keith further explained to Bryan that he had been told ahead of time by Keith that he would need to represent the store on the District call on 8/3/16.

Bryan forgot about the call and never pulled together the information requested for the call.

Keith expressed his disappointment in Bryan's actions, and made it clear that any violations of these rules or any other action, which in the opinion of Management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

*[signature]*
Keith Haack
Store Manager

**Bryan LaForest**
**Assistant Manager #467**
**DOH: 6/13/06**
**August 22, 2015**
**Record of Conversation**

Today, 8/22/15, Jesus Cardenas (Area Manager) had a conversation with Bryan Laforest (Assistant Manager) regarding his performance; relating specifically to his failure to monitor Associate shifts resulting in two Associates working over 6 hours on 8/14/15 & 8/15/15 without taking a lunch break, as required by state law.

It was explained to Bryan that he had failed to follow through on this area of responsibility within the store, despite the clear direction and understanding that it is the Managers responsibility to closely monitor and regulate all breaks to ensure compliance. Jesus expressed to Bryan that he is ultimately failing to hold himself accountable for not executing these specific best practices.

Jesus explained to Bryan that he expects him to be following up on all areas of responsibility within his role, and that failing to execute the above negatively impacts the overall performance of the building.

Jesus expressed his disappointment in Bryan's actions, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Jesus Cardenas
Store Manager

**Bryan LaForest**
**Assistant Manager #467**
**DOH: 6/13/06**
**2/25/15**
**Record of Conversation**

Today, 2/25/15, Jesus Cardenas (Store Manager) had a conversation with Bryan LaForest (Assistant Manager) regarding his performance; relating specifically to how to handle an employee accident/incident.

On 2/25/15, Bryan failed to properly assist, investigate and record an employee's accident. Bryan was informed by an Associate that she hurt her knee while working. Bryan did not take the time to gather appropriate information and make the appropriate calls while the Associate was in the store to determine if further steps or further information was required.

Jesus further explained to Bryan that this had created unnecessary confusion and improper steps to record the incident, resulting in double work.

Bryan knew and understood the appropriate way to handle the situation, but failed to do so.

Jesus explained to Bryan that he expects him to be following up on all areas of responsibility within his role, and that failing to execute the above negatively impacts the overall performance of the building. Jesus also explained that it is part of Jerry's responsibility, as a Manager, to teach, train, and hold the team accountable.

_____
Jesus Cardenas
Store Manager