UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ELENI MIGLIS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br> BED BATH AND BEYOND, INC.<br><br>    Defendant. | Civil Action No. 16-cv-8160 |

---

**NOTICE OF DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF, AND ANY REFERENCE TO, DEFENDANT'S SIZE AND FINANCIAL CONDITION**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Evidence 401, 402, 403 and 404, upon the accompanying Memorandum of Law, Defendant Bed Bath & Beyond Inc. ("Defendant"), by and through their undersigned counsel, hereby moves this Court for an Order precluding Plaintiffs Eleni Miglis, Hector Caraballo, Bryan P. LaForest, Guy-Robert Desir, Radica Kutwaru, Alexis Carrie, John Cutajar and Andrew Certoma (collectively "Plaintiffs") and their counsel from eliciting or offering at trial any testimony, information, or evidence that references Defendant's size and/or financial condition.

Dated:   May 10, 2018

                              Respectfully submitted,

                              BED BATH & BEYOND INC.

                              By its attorneys,

*/s/ Jonathan L. Sulds*
Jonathan L. Sulds
Justin F. Keith (admitted *pro hac vice*)
Kelly M. Bradshaw (*pro hac vice* forthcoming)
Greenberg Traurig LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
(212) 801-9200
suldsj@gtlaw.com
keithj@gtlaw.com
bradshawKE@gtlaw.com