UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
:
ELENI MIGLIS, *et al*.,                                 :
:
   Plaintiffs,                                        :
:
 v.                                                   :
:  Civil Action No. 16-cv-8160
BED BATH AND BEYOND, INC.                              :
:
   Defendant.                                         :
:
:
---------------------------------------------------------------------- x

**<u>NOTICE OF DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF, AND ANY REFERENCE TO, OTHER LAWSUITS INVOLVING DEFENDANT</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Evidence 401, 402, 403 and 404, upon the accompanying Memorandum of Law, Defendant Bed Bath & Beyond Inc. ("Defendant"), by and through their undersigned counsel, hereby moves this Court for an Order precluding Plaintiffs Eleni Miglis, Hector Caraballo, Bryan P. LaForest, Guy-Robert Desir, Radica Kutwaru, Alexis Carrie, John Cutajar and Andrew Certoma (collectively "Plaintiffs") and their counsel from eliciting or offering at trial any testimony, information, or evidence that touches upon or references other lawsuits involving Defendant.

Dated:   May 10, 2018

        Respectfully submitted,

        BED BATH & BEYOND INC.

        By its attorneys,

        */s/ Jonathan L. Sulds*
        Jonathan L. Sulds
        Justin F. Keith (admitted *pro hac vice*)
        Kelly M. Bradshaw (*pro hac vice* forthcoming)
        Greenberg Traurig LLP
        MetLife Building
        200 Park Avenue, 34th Floor
        New York, NY 10166
        (212) 801-9200
        suldsj@gtlaw.com
        keithj@gtlaw.com
        bradshawKE@gtlaw.com