UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELENI MIGLIS, et al.,

        Plaintiffs,

  -against-

BED BATH AND BEYOND, INC.,

        Defendant.

1:16-CV-08160 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter dated April 12, 2019 (Dkt. No. 239), seeking approval of their revised proposed Settlement and General Release Agreement (Agreement) (Dkt. No. 239-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    The Court has reviewed the terms of the revised Agreement, as well as the proposed attorneys' fee, and finds that they are fair and reasonable as required by *Cheeks*, 796 F.3d at 206. Accordingly, the proposed settlement is APPROVED. Plaintiffs shall promptly file proposed dismissal paperwork for the District Judge's consideration. *See* Ag. ¶ 17.

    This Order resolves Dkt. No. 239.

Dated: New York, New York
       April 18, 2019

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/19