UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ELENI MIGLIS, et al.,

   Plaintiffs,

v.

BED BATH AND BEYOND, INC.

   Defendant.
------------------------------------------------------------x

Civil Action No. 16-cv-8160

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Eleni Miglis, Hector Caraballo, Bryan LaForest, Guy-Robert Desir, Radica Kutwaru, Andrew Certoma, John Cutajar, and Alexis Carree ("Plaintiffs") and Bed Bath & Beyond Inc. ("Defendant") (collectively, "the parties"), through their undersigned counsel, stipulate and agree as follows:

1. No party hereto is an infant or incompetent person for whom a committee has been appointed and no person has an interest in the subject matter of the action.

2. The Settlement Agreement is fair and reasonable, and adequate to redress both Plaintiffs' claims relating to their former employment as Assistant Store Managers ("ASMs") and to compensate Plaintiffs' Counsel Hang & Associates, PLLC law firm on its request for attorneys' fees except with regard to those arising solely from the Excluded Claims as defined in the fully executed Settlement Agreement.

3. In accordance with Rule 41 of the Federal Rules of Civil Procedure, the parties respectfully request that all claims by Plaintiffs against Defendant, except the Excluded Claims as specifically defined in the fully executed Settlement Agreement, be dismissed with prejudice and

without costs or attorneys' fees (other than those costs and attorneys' fees specified in the Settlement Agreement) with each party to bear its own fees and costs.

Dated:   May 2, 2019

Respectfully submitted,

| PLAINTIFFS, | BED BATH & BEYOND INC. |
|---|---|
| By their attorneys, | By its attorneys, |
| Jian Hang<br>Keli Liu<br>Hang & Associates, PLLC<br>136-20 38th Avenue<br>Suite 10G<br>Flushing, New York 11354<br>(718) 353-8588 | Jonathan L. Sulds<br>Justin F. Keith (admitted *pro hac vice*)<br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue, 34th Floor<br>New York, NY 10166<br>(212) 801-9200<br>suldsj@gtlaw.com<br>keithj@gtlaw.com |

SO ORDERED on this __6th__ day of __May__, 2019

_____
XX~~XXXXXXXXXXXXX~~XXX
~~United States Magistrate Judge~~
PAUL A. ENGELMAYER
United States District Court Judge